Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

**RECEIVED**

JUN 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of the Court
U.S. District Court for D.C.
333 Constitution Avenue N.W.
Washington D.C.
20001

RE: Change of address (Courtney Anthony Bailey Vs. D.C. et al)
08-0754 C.K.K.

Clerk of the Court:

    This is to give notice to the Court that there has been a change of addresss for the plaintiff in the above captioned case. The plaintiff's address is listed above. Please send all court mailings to the address above.
    I also respectfully request that you send me an up to date docket sheet for the above captioned case in the self addressed envelope, so that I can have for my records.

Respectfully,

*Courtney Bailey*
Courtney Anthony Bailey
06-06-08

cc: file