UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY, #27976-016
*pro se*
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887,
    Plaintiff,

v.

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004, et al.,
    Defendants,

Civil Action No. 08-0754 CKK

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS FOR LACK OF SERVICE OF PROCESS

Pursuant to Fed. R. Civ. P. 12(b)(5), defendant District of Columbia hereby moves to dismiss for lack of service of process. As grounds for this motion, defendant asserts that plaintiff has failed to serve the District of Columbia, and plaintiff has failed to file mandatory Affidavits of Service. A Memorandum of Points and Authorities in support of this motion and a proposed Order are attached hereto.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    SAMUEL C. KAPLAN [D.C. Bar #463350]
    Assistant Deputy Attorney General

Civil Litigation Division

_____/s/_____
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

June 3, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY, #27976-016
*pro se*
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887,
        Plaintiff,

v.

Civil Action No. 08-0754 CKK

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004, et al.,
        Defendants,

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS FOR LACK OF SERVICE OF PROCESS

This Honorable Court should dismiss the plaintiff's Complaint because the plaintiff has failed to serve the District of Columbia in compliance with Fed. R. Civ. P. 4(j)(2).

*Statement of Facts*

This case arises out of the following set of facts as alleged in the Complaint. Plaintiff claims that the District of Columbia Jail officials, the United States Marshalls and the District of Columbia court system should not have delivered him for extradition to the Maryland court system. More specifically, he alleges that D.C. Jail officials should not have let the U.S. Marshalls Service take him from the D.C. Jail to the United States District Court for the District of Columbia to wait for Maryland officials retrieve him for extradition to Maryland. Complaint ¶¶ 5 - 10.

*Argument*

## THE PLAINTIFF HAS FAILED TO SERVE THE DISTRICT OF COLUMBIA

Fed. R. Civ. P. 4(j)(2) provides in pertinent part as follows:

> **(j) Service upon Foreign, State, or Local Governments.**
>
> \*           \*           \*
>
> (2) Service upon a state, municipal corporation, or other governmental organization subject of suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

The manner prescribed by the law of the District of Columbia for the service of summons or other like process upon any such defendant is contained in SCR-Civil Rule 4(j), which provides in pertinent part as follows:

> (j) *Service upon the District of Columbia, an officer or agency thereof, or upon other government entities subject to suit.* (1) Service shall be made upon the District of Columbia by delivering (pursuant to paragraph (c)(2)) or mailing (pursuant to paragraph (c)(3)) a copy of the summons, complaint and initial order to the Mayor of the district of Columbia (or designee) and the Corporation Counsel of the District of Columbia (or designee). The Mayor and the Corporation Counsel may each designate an employee for receipt of service of process by filing a written notice with the Clerk of the Court. In any action attacking the validity of an order of an officer or agency of the District of Columbia not made a party, a copy of the summons, complaint and initial order also shall be delivered or mailed to such officer or agency. Service upon an officer or agency of the District of Columbia shall be made by delivering (pursuant to paragraph (c)(2)) or mailing (pursuant to paragraph (c)(3)) a copy of the summons, complaint and initial order to the Mayor (or designee), the Corporation Counsel (or designee), and such other officer or agency.

SCR-Civil Rule 4(c)(3) provides as follows:

      (3) As to any other defendant described in subdivisions (e), (f), (h), or (j), service also may be effected by mailing a copy of the summons, complaint and initial order to the person to be served by registered or certified mail, return receipt requested.

As of the date of this motion, plaintiff has not served the District of Columbia in compliance with the Federal rules of Civil Procedure. The plaintiff did not send the summons or Complaint by registered or certified mail. Plaintiff also has not filed Affidavits of Proof of Service herein. Because the District of Columbia has not been served in compliance with the Federal rules of Civil Procedure, plaintiff's Complaint should be dismissed.

### *Conclusion*

For all of the foregoing reasons, plaintiff's Complaint should be dismissed.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/
SAMUEL C. KAPLAN [D.C. Bar #463350]
Assistant Deputy Attorney General
Civil Litigation Division

      /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

June 3, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY, #27976-016
*pro se*
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887,
        Plaintiff,

v.

DISTRICT OF COLUMBIA
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004, et al.,
        Defendants,

Civil Action No. 08-0754 CKK

ORDER

Upon consideration of the Defendant's Motion to Dismiss for Lack of Service of Process, Memorandum of Points and Authorities in support thereof, any opposition thereto, the entire record herein and the facts and the law considered, it is this _____ day of _____, 2008,

**ORDERED:** that the defendant's Motion to Dismiss for Lack of Service of Process hereby is GRANTED; and it is

**FURTHER ORDERED:** that the plaintiff's Complaint is DISMISSED.

**So ORDERED.**

        THE HONORABLE COLLEEN KOLLAR-KOTELLY
        United States District Court Judge

June 3, 2008