# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS
2008 JUN -3 PM 4: 22

RECEIVED

**COURTNEY ANTHONY BAILEY, #27976-016**
*pro se*
**L.S.C.I.  Allenwood**
**P.O. Box 1000**
**White Deer, PA 17887,**
                 **Plaintiff,**

          **v.**

**DISTRICT OF COLUMBIA**
**1350 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20004,**
                **Defendant,**
**and**

**Thomas Winkfield**
**Officer for the D.C. Jail**
**District of Columbia Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant,**
**and**

**William J. Smith**
**Superintendent of the D.C. Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant,**
**and**

**Unknown Officials of the D.C. Jail**
**District of Columbia Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant.**

Civil Action No. **08 - 0754-CKK**

## NOTICE OF CORRECTED DOCUMENTS

Per this Court's Order of May 29, 2008, the Clerk of the Court will please note the attached corrected documents.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/

SAMUEL C. KAPLAN [D.C. Bar #463350]
Assistant Deputy Attorney General
Civil Litigation Division

/s/

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

June 3, 2008

Attachment 1,
Corrected Notice of
Removal with
Attachments

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**COURTNEY ANTHONY BAILEY, #27976-016**
*pro se*
**L.S.C.I.  Allenwood**
**P.O. Box 1000**
**White Deer, PA 17887,**
                **Plaintiff,**

      **v.**

**DISTRICT OF COLUMBIA**
**1350 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20004,**
                **Defendant,**
**and**

**Thomas Winkfield**
**Officer for the D.C. Jail**
**District of Columbia Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant,**
**and**

**William J. Smith**
**Superintendent of the D.C. Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant,**
**and**

**Unknown Officials of the D.C. Jail**
**District of Columbia Jail**
**1901 D Street, S.E.**
**Washington, D.C. 20003,**
                **Defendant.**

**Civil Action No.** _____

*CORRECTED*

∧ **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (2008 CA 002458 B), which was filed on March 19, 2008.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In the first paragraph of Section II of the Complaint, the Complaint raises a federal question by asserting federal constitutional claims under the Fourth and the Fifth Amendments of the United States Constitution pursuant to 42 U.S.C. 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto as **Attachment 1**, and incorporated by reference herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/

NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II

/s/

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

April 30, 2008

Attachments
to Notice of
Removal

**SCR CIV FORM 1-A**

Notice and Acknowledgment for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

Courtney Anthony Bailey

_Plaintiff_

V.

Civil Action Number     000245  -08

The District of Columbia

_Defendant_

## NOTICE

To:   Name _____ Tabatha Braxton (Tabatha Braxton)_____

Address _____ Office of the Secretary _____

_____ 1350 Pennsylvania Avenue, N.W. _____
_____ Washington D.C. 20004 _____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _March 24, 08_.

_[signature]_                              _March 24, 08_
_Signature_                              _Date of Signature_

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____                _____        _____
_Signature_                          _Relationship to Defendant/Authority_        _Date of Signature_
                                     _To Receive Service of Process_

Form CV(6)-1590/Mar 97



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

COURTNEY ANTHONY BAILEY

Vs.

THE DISTRICT OF COLUMBIA

C.A. No.      2008 CA 002458 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RONNA L BECK
Date:   March 19, 2008
Initial Conference: 9:30 am, Friday, June 27, 2008
Location:  Courtroom 518
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

CA Form 1

## Superior Court of the District of Columbia

### CIVIL DIVISION

500 Indiana Avenue, N.W., Room JM-170

Washington, D.C. 20001 Telephone: 879-1133

Courtney Anthony Bailey  #27976-016
L.S.C.I.,Allenwood
P.O. Box 1000
White Deer, Pennsylvania          *Plaintiff*
    vs.        17887

0002458-08

Civil Action No. _____

The District of Columbia
The Mayor:
    Office of the Secretary      *Defendant*
    1350 Pennsylvania Avenue N.W. Suite 419
    Washington D.C. 20004
Serve: Tabatha ~~Braxton~~
    Tabatha Braxton

### SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Courtney Bailey #27976-016
Name of Plaintiff's Attorney
L.S.C.I.,Allenwood
P.O. BOX 1000
Address White Deer, Pennsylvania
    17887

_____

Telephone

*Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 83

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Courtney Anthony Bailey #27976-016
L.S.C.I.,Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

> RECEIVED
> Civil Clerk's Office
> MAR 19 2008
> ~~~~~~~~~ of the
> ~~~~~~~~~~~
> ~~~~~~~~~~~ D.C.

*Plaintiff*

vs.

CIVIL ACTION No. **0002458-08**

**#1.** The District of Columbia
The Mayor:
Office of the Secretary
1350 Pennsylvania Avenue, N.W.
Washington D.C. 20004
Serve: Tabatha Braxton "Braxton"

**#2.** The District of Columbia
Office of the Attorney General
for the District of Columbia
441 4th street, N.W. 6th Fl. South
20001
Serve: Darlene Fields

**#3.** Thomas Winkfied
Officer for D.C. Jail
District of Columbia Jail
1901 D. Street S.E.
Washington D.C.   20003
Serve: Thomas Winkfield

*Defendants*

4.William J. Smith
Superintendent of D.C. Jail
District of Columbia Jail
1901 D. Street S.E.
Washington D.C. 20003
Serve: William J. Smith

**COMPLAINT**

**#5.** Unknown Named officials of the
District of Columbia Jail
District of Columbia Jail
1901 D. street S.E.
Washington D.C. 20003
Serve: Unknown until Interrogatory

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ __10,000,000.00__
with interest and costs.

DISTRICT OF COLUMBIA, ss

Phone:

Courtney Anthony Bailey
_____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-off and just grounds of defense.

Courtney Bailey 3/10/08
(Plaintiff)                                                          Agent)

Subscribed and sworn to before me this __10__ day of __March__ 20 __08__.

_____, Case Manager,
Authorized by the Act of July 7,
1955 (Notary Public/Deputy Clerk)
oaths (18 USC 4004)

FORM CV-1013/Nov. 00

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

COURTNEY ANTHONY BAILEY
    Plaintiff,
        :

    v.
        :

#1. DISTRICT OF COLUMBIA
    The Mayor:
    Office of the Secretary        :     Civil Action No. _____
    1350 Pennsylvania Ave, N.W. S419
    Washington D.C. 20004  Serve   *Tabatha Braxton*
#2. DISTRICT OF COLUMBIA:
    Office of the Attorney General
    for the District of Columbia    :
    441 4th street, N.W. 6th floor S.
    20001 ——— *Serve* *Darlene Fields*
#3. Thomas Winkfield        :
    Officer for D.C. Jail
    1901 D. street S.E.          JURY TRIAL DEMANDED
    Washington D.C. 20003 *Serve:*  :
#4. William J. Smith        :
    Superintendant of D.C. Jail
    District of Columbia Jail    :
    1901 D. street S.E.
    Washington D.C. 20003 —— *Serve:*_____ _____
#5. Unknown Named officials of the
    District of Columbia Jail
    District of Columbia Jail    :
    1901 D. Street S.E.
    Washington D.C. 20003 *Serve* ———:———— _____
    Defendants,        ...oOo...

## CIVIL COMPLAINT

    Comes Now, Courtney Anthony Bailey, a natural person, in good faith, and on his own behalf, and Plaintiff hereinafter, complains against the Defendants as follows:

### I.
### PRELIMINARY STATEMENT

    This is a civil complaint by the Plaintiff, alleging Constitutional violations of Plaintiff's person, which subsequently lead to a "false arrest" by the United States Marshals, and "false imprisonment", by the District of Columbia and Defendants, in violation of the Fourth Amendment of the United States Constitution, which protects Plaintiff against unreasonable seizures of his person, and in violation of the Fifth Amendment of the United States Constitution, which protects Plaintiff against a deprivation of liberty, without due process of the law.
    Plaintiff seeks nominal, compensatory, and punitive damages, and all cost associated with bringing and maintaining this action.

1

## II. JURISDICTION AND VENUE

Plaintiff invokes this Court's jurisdiction pursuant to 42 U.S.C. 1983 (Civil Rights Act), and the Fourth and Fifth Amendment of the United States Constitution.

Plaintiff invokes this Court's Civil jurisdiction pursuant to D.C. Code 11-921 (a), which states "the Superior Court has jurisdiction of any civil action at law or in equity brought in the District of Columbia."

A party asserting a right under the Constitution of the United States or Federal laws may lay venue under either the general venue statue or the special District of Columbia statue, and the Courts of the District may exercise their authority in cases committed to them by either.

## III. NOTICE OF CLAIM

On June 12, 2007, Plaintiff mailed a Notice of Claim to the Superintendant of the District of Columbia Jail, giving Defendant Notice to Contact all parties involved, pursuant to Notice to Principal was Notice to Agent, and Notice to Agent was Notice to Principal, and Notice of Claim was applicable to successors and assigns.

This Notice of Claim gave the Superintendant authority to Contact all Defendants responsible for violating and depriving Plaintiff of his right's.

There was no response to the Notice of Claim.

On June 28, 2007, Plaintiff sent a Certificate of Non-Response to the Superintendant of the District of Columbia Jail, giving Defenadant ten days to respond, and to come to an amicable resolution.

There was no response to the Certificate of Non-response.

On July 17, 2007, Plaintiff sent a Notice of Dishonor to Defendant, because Defendant failed to honor Plaintiff's Notice of Claim, and stipulated to all facts of Plaintiff's Notice, due to Defendant's non-response....see exhibit "A" Notice of Claim, Exhibit "B" Certificate of Non-Response, and exhibit "C" Notice of Dishonor.

2

## IV. PRO-SE FILINGS

Plaintiff presents this filing pro-se, and request the Court to liberally contrue the filing. In Mitchell v. Horn, citing Haines v. Kerner, the Court held that, "[T]he allegations of [a] pro-se complaint [are <u>generally held</u>] to a less stringent standard than formal pleadings drafted by a lawyer." See Mitchell v. Horn, 318 F. 3d 523, 529 (3rd Cir. 2003), citing Haines v. Kerner, 404 U.S. 519, 520.

## V. PARTIES

A. Plaintiff . Courtney Anthony Bailey, is currently incarcerated at Low Security Correctional Institution, Allenwood (L.S.C.I.,Allenwood), White Deer, Pennsylvania, 17887 P.O. Box 1000

B. Defendant, the District of Columbia, is being sued in the capacity as a municipality, which employs the District of Columbia Jail officials, and vicariously liable for the acts of the District of Columbia Jail officials, under the doctrine of Respondeat Superior.

C. Defendant, Thomas Winkfield, is being sued in the capacity as an individual employed by the District of Columbia, as an official of the District of Columbia Jail, located at 1901 D. street S.E. Washington D.C. 20003

D. Defendant, William J. Smith, is being sued in the capacity as an individual employed by the District of Columbia, as a Superintendant of the District of Columbia Jail, located at 1901 D. street S.E. Washington D.C. 20003

E. Defendant, Unknown named officials of the District of Columbia Jail, is being sued in the capacity as an individual employed by the District of Columbia, as an official of the District of Columbia Jail, located at 1901 D. street S.E. Washington D.C. 20003.

At all times material hereto, and all actions described herein, the defendants were acting under color of District of Columbia law, and under the authority as a correctional official, and they acted alone and/or in concert with others

with the aim and purpose of depriving Plaintiff of his protected rights by the Constitution and Civil Rights, as well as Plaintiff's priviledges and Immunities and Equal Protection under the law.

## VI. CAUSE OF ACTION

1. On February 16, 2005, Plaintiff was arrested by the District of Columbia Metropolitan Police Department for possesion of marihuana.

2. On February 17, 2005, Plaintiff was brought into the Superior Court of the District of Columbia, and Plaintiff's possesion of marijuana charge was dismissed.

3. In that same proceeding Plaintiff was "ORDERED" to the demanding state of Maryland, pursuant to a complaint being filed by the State of Maryland in the Superior Court of the District of Columbia....see exhibit "D" (Superior Court's Docket sheet)

4. Plaintiff was taken to the District of Columbia Jail on the evening of February 17, 2005, where Plaintiff was held pursuant to an order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER), which states in part, "ORDERED detained at the District of Columbia Jail pending return to the State of Maryland in the custody of the proper officials of that state....see exhibit "E" (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER)

5. On the morning of February 18, 2005, Plaintiff's person was released to the United States Marshals, contrary to the order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER), which detained Plaintiff at the District of Columbia Jail.

6. Defendant's, wantonly, and arbitrarily released Plaintiff's person on February 18, 2005, without judicial authorization, and without the United States Marshals obtaining lawful process to remove Plaintiff from the District of Columbia Jail in the middle of an ongoing extradition process.

7. Defendants had a mandatory obligation and responsibility for detaining Plaintiff, until the proper officials of the State of Maryland took custody of the Plaintiff.

8. The Defendants, District of Columbia Jail officials had no discretion to release Plaintiff without judicial authorization to the United States Marshals working for the United States District Court for the District of Columbia, because Plaintiff was not to be removed from the District of Columbia Jail, unless it was the Maryland State officials.

4

9. This release of Plaintiff's person by Defendants, the District of Columbia Jail officials, caused Plaintiff to be "falsely arrested", and unreasonably seized by the United States Marshals working for the United States District Court for the District of Columbia.

10. When Plaintiff was to be detained at the District of Columbia Jail to await the proper officials of Maryland, Plaintiff was taken into the United States District Court for the District of Columbia on February 18, 2005...see exhibit "F" (Central locator report for BAILEY, COURTNEY USMS (27976-016)

11. Plaintiff was deprived of his lawful liberty by Magistrate Judge Alan Kay, when Magistrate Judge Alan Kay held Plaintiff without bond, pending removal to another federal District for prosecution....see exhibit "G" (Commitment to the Bureau of Prisons), and also allowed Plaintiff to be committed to another federal District...see exhibit "H" (Commitment to another District).

12. On February 18, 2005, after Plaintiff was released to the United States Marshals, and taken into the United States District Court for the District of Columbia due to the acts of Defendants, Plaintiff was later returned to the District of Columbia Jail.

13. On February 23, 2005, Defendant by the name of THOMAS WINKFIELD, released Plaintiff for a second time to the United States Marshals working for the United States District Court for the District of Columbia, at approximately 7:17 am, for the purposes of extradition....see exhibit "I" (District of Columbia Jail release information).

14. Plaintiff was subsequently removed from the District of Columbia by the United States Marshals, not the State of Maryland officials, due to the actions of the Defendants.

## VII. COUNT 1
### UNLAWFUL RELEASE TO THE UNITED STATES MARSHALS
### CAUSING FOURTH AMENDMENT VIOLATION

On February 18, 2005, Defendants unlawfully released Plaintiff to the custody of the United States Marshals, working for the United States District Court for the District of Columbia. The District of Columbia Jail officials had a care of duty to detain Plaintiff for the proper officials of the State of Maryland.

Defendant caused Plaintiff to be arrested by the United States Marshals, without sufficient authority, which constitututes a "false arrest", and an unreasonable seizure of Plaintiff's person in violation of the Fourth Amendment of the United States Constitution....see exhibit "J" (DOCKET SHEET for the United States District Court for the District of Columbia).

## VIII. COUNT 2

### UNLAWFUL RELEASE TO THE UNITED STATES MARSHALS CAUSING FIFTH AMENDMENT VIOLATION

On February 18, 2005, Defendants unlawfully released Plaintiff to the custody of the United States Marshals working for the United States District Court for the District of Columbia.

Defendants unlawful release of Plaintiff to the United States Marshals caused Plaintiff to be deprived of his lawful liberty in the United States District Court for the District of Columbia, when Magistrate Judge Alan Kay held Plaintiff without bond, which constitutes a deprivation of liberty without due process of the law, in violation of the Fifth Amendment of the United States Constitution, because Defendants lacked the authority to release Plaintiff on February 18, 2005, to give Magistrate Judge Alan Kay the jurisdiction to enter an order pertaining to Plaintiff's person.

## IX. CLAIMS FOR RELIEF

1. The Defendants, caused Plaintiff to be "falsely arrested" on February 18 2005, of which violated Plaintiff's rights protected by the Fourth Amendment of the United States Constitution, against unreasonable seizures of Plaintiff's person.

2. The Defendants, caused Plaintiff to be "falsely imprisoned" on February 18, 2005, when Magistrate Judge Alan Kay held Plaintiff without bond, in the United States District Coourt for the District of Columbia, of which violated Plaintiff's right protected by the Fifth Amendment of the United States Constitution, against a deprivation of liberty without due process of the law.

3. The Defendants, caused Plaintiff to be removed from the District of Columbia unlawfully by the United States Marshals, on February 23, 2005, and conspired to cover their acts up by making it appear to the Superior Court of the District of Columbia, that Plaintiff was removed from the District of Columbia by the "proper officials" of Maryland....see Plaintiff's Motion for reconsideration of Habeas Corpus Relief on the Superior Court's record.

6

## X. DEMAND FOR RELIEF

WHEREFORE, Plaintiff request that this Honorable Court grant the following relief:

A. Plaintiff seeks the award of nominal damages in the amount of one million dollars (1,000,000.00 USD) against each defendant for the conduct set forth in this Complaint.

B. Plaintiff seeks the award of punitive damages in the amount of five million dollars (5,000,000.00 USD) against each defendant for the conduct set forth in this Complaint.

C. Plaintiff seeks the award of compensatory damages in the amount of four million dollars (4,000,000.00 USD) against each defendant for the conduct set forth in this Complaint.

D. Plaintiff seeks Court cost and all expenses associated with bringing and prosecuting this action, to be awarded against the defendant, and

E. Such other relief this Honorable Court may deem fit and just, in the best interest of justice.

RESPECTFULLY SUBMITTED on this _12_ day of _February_ 200_8_

Courtney Bailey
Courtney Bailey #27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

18

## DECLARATION

I, Courtney Anthony Bailey, the Complainant/Plaintiff, being of majority age and competent to testify, do declare that the truths and facts in Plaintiff's Civil Complaint are of Plaintiff's best first hand knowledgw, true, correct, and not misleading.

RESPECTFULLY SUBMITTED ON THIS ⎯12⎯ DAY OF ⎯February⎯ 2008

Courtney Anthony Bailey #27976-016
L.S.C.I.,Allenwood
P.O. BOX 1000
White Deer, Pennsylvania
17887

8

Exhi!

**COURTNEY BAILEY**
**CLAIMANT,**

v.

**WILLIAM J. SMITH**
**SUPERINTENDENT OF D.C. JAIL,**
**D.C. JAIL, AND ANY PARTY IN**
**OR OF INTEREST**
**Respondents,**

**NOTICE OF CLAIM**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO SUCCESSORS AND ASSIGNS

## CLAIM FOR DAMAGES/COMPLAINT
## AND AFFIDAVIT IN SUPPORT HEREOF

This Notice of Claim is for recovey of damages resulting in your violation of a Court order, interrupting the fair administration of justice, negligence, tortious act, errors, and ommissions regarding the Undersigned. You, the RESPONDENT(S), in your private and public capacities, have injured and caused irreparble harm to the Undersigned.

It is the Undersigned's sincere and honorable intent to address this issue with you in hope of effecting an amicable and private resolution of this matter. A prudent person may think that perhaps your actions were a result of some mistake or inadvertent act that caused harm to the Undersigned, rather than your having intentional malice aforethought. Notwithstanding that fact, the Undersigned has been harmed by your decisions and actions subsequent to those decisions which are clearly evident.

By operation of your **oaths'** of office by, with, your agents and operatives you are entrusted with a duty of care owed to the Undersigned. That duty was not only breached but totally disregarded by you, the Respondent(s). All damages enumerated herein suffered by the Undersigned are the direct and indirect result of your breach of that duty and negligence.

## RELIEF/CLAIM

The Undersigned demands compensatory damages from the RESPODENT(S) in the amount of FIVE MILLION DOLLARS (.$5,000,000.00 USD ) in U.S. currency.

The Undersigned demands punitive damages from the RESPONDENT(S) in the amount of FOUR MILLION DOLLARS ($4,000,000.00 USD ) in U.S. currency.

The Undersigned demands professional fees from the RESPONDENT(S) in the amount of FIVE HUNDRED THOUSAND DOLLARS ($ 500,000.00 USD ) in U.S. currency.

The full compensatory, punitive, and professional fees of the Undersigned's claim is NINE MILLION FIVE HUNDRED THOUSAND ( $9,500,000.00) in U.S. currency due to the RESPONDENT(S) indirect and direct acts in illegal and unlawful detention of the Undersigned.

Respectfully submitted in good faith.

*Courtney Bailey*

page 1 of 1

AFFIDAVIT IN SUPPORT OF

I, Courtney Anthony Bailey, the Affiant, being of majority age and competent, hereby swear, by my great Yes, by no be no, do state the truths and facts herein are of Affiant, best first-hand knowledge, true, correct, certain, complete, and not misleading as follows:

1. On February 16, 2005 the Affiant was arrested by the District of Columbia Metropolitan Police Department.

2. On February 17, 2005 the Affiant appeared in front of the Honorable Judge Aida L. Melendez in the Superior Court for the District of Columbia.

3. Judge Aida L. Melendez nolle prosequ possession of marijuana charge.

4. Judge Aida L. Melendez gave a specific court order on February 17, 2005.

5. The Court Order states:

ORDERED detained at the District of Columbia Jail pending return the State of Maryland in custody of the proper officials for the District of Columbia...

FURTHER ORDERED that if BAILEY, COURTNEY has not been surrendered to the custody of a proper official of that State of Maryland by February 21, 2005 (3 days, not including Saturday, Sunday, or holidays), he shall be returned to this Court for such further proceedings as the Court shall deem appropriate.....see attachment "A" made part of herein

6. On the morning of February 18, 2005 the Court Order that was holding the Affiant was violated, breached, and disrespected.

7. The Affiant was not taken by the proper officials of Maryland.

8. The Affiant was taken by the District of Columbia Jail officials on the morning of February 21, 2005, and placed in receiving and discharge (R & D), and subsequently picked up by the United States Marshalls working for the United States District Court for the District of Columbia and committed to the Bureau of Prisons/Attorney General (The United States Jurisdiction)....see attachment "B" made part of herein

9. This is ...see attachment "B" made part of herein District of Columbia Court's order of the Superior Court for the detained for the proper officials of Maryland.

10. The Respondent(s) subsequently violated:

A. D.C. Code 23-701 through 23-704 ( EXTRADITION AND FUGITIVE FROM JUSTICE )

B. Superior Court Rules of Criminal Procedure ( RULE 40 and 40-I )

C. D.C. Code 11-923 (c) 2

D. D.C. Code of District of Columbia Court Reform and Criminal Procedure Act of 1970

E. Sixth Amendment right to a speedy trial in the State of Maryland Courts

page 1 of 6

F. Equal Protection rights secured by virtue of the Fifth Amendment

G. Eighth Amendment proscription against cruel and unusual punishment

H. Fifth Amendment due process

I. Habeas Corpus hearing in the Superior Court for the District of Columbia Court secured by the District of Columbia local laws and the Constitution of the Superior Court of the District of Columbia

11. Pursuant to an Act of Congress ( The District of Columbia Court Reform and Criminal Procedure Act ), D.C. Code 23-704 through 23-704 ( Extradition and Fugitive from Justice ), along with the other District of Columbia Court of law when creating the Superior Court of ...

12. See 23-704 attachment "C" made part of herein

13. Respondent(s) ... attachment "C" made part of herein ated the laws of the District of Columbia, and its Constitution, violated the Chief Judge or any other appointed Judge his/her executive duty as required by provision of Chapter 209 of Title 19.

14. Respondent(s), after disrespecting a court order and violating their oaths, unlawfully and unreasonably and without a written request for over to the United States Marshalls by the United States Authority, to the Chief Judge being sent ior Court of the District of Columbia, certified as authentic by the Governor of Maryland and Affiant...

15. Respondent(s), in clear violation...

16. Respondent(s)...

17. Respondent(s)...

18. Pursuant to Congress'...

40-I Comments:

This Rule has been added to clarify the procedures involved in the extradition of fugitives. Extradition formerly... Court is now under the jurisdiction of the... United States District D.C. Code 23-701, 23-702, and 23-704 made a part herein...

page 2 of 6

## VERIFICATION AND CERTIFICATION

Affiant does herewith depose, declare and affirm, on Affiant's own full commercial liability, that Affiant can competently state the matters set forth herein, that the contents are true, correct, complete and certain herein, not misleading, the truth, the whole truth and nothing but the truth, as per Affiant's best first-hand knowledge.

Affiant assert the only means whereby RESPONDENTS, jointly and/or severally can invalidate this Affidavit, is by point-for-point rebuttal by counter affidavit, executed under oath, sworn true, correct, certain and complete, under RESPONDENT'S own full commercial liability; and each and every point set forth herein, that is not thus rebutted stands as truth. RESPONDENT(S) absolute default is that Judgement of the law and RESPONDENT(S) stipulation and mutual assent concerning each unrebutted point.

You, the RESPONDENT(S), and any man or woman intending to rebut this Affidavit in support of NOTICE OF CLAIM shall do so in the same manner as this Affidavit, by signing your Christian or baptismal name or name given at Birth, in upper and lower case format, not all-capital-letters, hence using your own full commercial liability, responsible and being fully commercially liable, for everything you say and do. also, any opposing Affidavit must address the issues in fact. Additionally, you must make your Affidavit within ____ days from receipt of this Affidavit, to the address below Respectfully submitted in good faith.

Courtney Bailey
Courtney Bailey 27576-016
U.S.C.I. Allenwood
P.O. Box 2000
White Deer, PA
17887

page 4 of 6

---

19. Respondent(s), in after violation of the administration of justice, released/the affiant to the United States Marshals working for the United States District Court for the District of Columbia Court for the purposes of extradition to the United States District Court (of Maryland, without jurisdiction ever being established.......see attachment "D" made part of herein

20. Respondent(s), in clear violation of Article I, sec. 3, in his executive capacity, that was given to the Chief Judge of the Superior Court of the District of Columbia, when releasing the Affiant to the United States Marshals.

21. Respondent(s), after violating and disrespecting a court order, constituted above absent a warrant of arrest; in proper form, executed by the Governor of the State of Maryland, placed in the hands of the Chief Judge of the Superior Court (of the District of Columbia for the State of Maryland United States District of Columbia for the Affiant's condition to

22. Respondent(s), after violating and disrespecting a court order, denied the Affiant a pre-transfer hearing/habeas corpus hearing before the Superior Court of the District of Columbia Chief Judge( pursuant to the Court of the District of Columbia Uniform Criminal Extradition Act of 1970.

23. Respondent(s), after violating a court order, denied the Affiant the right to counsel under D.C. Code 23-704 and Superior Court Rules of Criminal Procedure 40-I (g), your own full commercial liability, after violating a court order, denied the Affiant due process.

24. Respondent(s), after violating a court order, denied the Affiant administration of justice regarding condition to the United States District of Justice regard-ing condition to the United States District of Justice regarding.

25. Respondent(s), after violating a court order, did deny the Affiant a speedy trial in the State of Maryland

26. Respondent(s), after violating a court order, denied the Affiant the right to a fair trial in the State of Maryland

27. Respondent(s), after violating a court order, denied the Affiant's Eighth Amendment (to be free from unlawful restraint, and vi-olated the Eighth Amendment (cruel and unusual punishment ), because of Respondent(s) acts that committed the Affiant to (United States custody of the Bureau of Prisons/Attorney General Jan 14, 2005, when on February 14, 2005 held without bond on February 18, 2001, when on February 14, 2005 held without bond, and should have been free, but was held on a United States Court's Order, and should have been free Columbia Court's order, which Respondent(s) released to the Respondent(s) in violation of the first court order ('Superior Court) subject to the United States District of Columbia lacking in juris-diction to extradite the Affiant.......see attachment "D" made as part of herein.

28. Respondent(s), after violating and disrespecting the Su-perior Court of the District of Columbia Court's order, denied the Affiant equal protection of the law by virtue of the Fifth Amendment of the Constitution.

29. Respondent(s), after violating and disrespecting a court order, engaged in unreasonable search and seizure of the Affiant, without the Affiant's consent, in violation of the Fourth Amend-ment of the Constitution.

29. Respondent(s), after violating the Superior Court of the Dis-trict of Columbia Court's order, committed acts against the Affi-ant in Respondent(s) violation of Article I §9 cl.2 of the United States Constitution.

Further, ____ herewith naught.

Respectfully made and executed in good faith      Courtney Bailey

page 3 of 6

## HARM

Respondent(s), after violating the Superior Court of the District of Columbia Court's order, caused irreparable harm and damages suffered by the Affiant. The Affiant has been deprived of his liberty, suffered mental and emotional harm, maliciously prosecuted, sentenced to imprisonment currently here, threatened with deportation because of nationality, involuntarily doing slavery, and various other human and civil rights violations against the Affiant.

## RELIEF/CLAIM

The Affiant demands compensatory damages from the Respondent(s) in the amount of FIVE MILLION DOLLARS ( $5,000,000.00 USD) in U.S. currency.

The Affiant demands punitive damages from the Respondent(s) in the amount of FOUR MILLION DOLLARS ( $4,000,000.00 USD) in U.S. currency.

The Affiant demands professional fees from the Respondent(s) in the amount of FIVE HUNDRED THOUSAND DOLLARS ( $500,000.00 USD) in U.S. currency.

The Affiant's claim for compensatory, punitive, and professional fees of $9,500,000.00 USD) in U.S. currency during the Respondent(s) indirect and direct acts in the illegal and unlawful detention of the Affiant.

## CURE

You are being given this opportunity to make amends and agree to resolve this matter honorably by doing the following:

A. Agree to your arranging, effecting, causing and ordering the immediate release of the Affiant;

B. Agree to your arranging and effecting the immediate dismissal of the indictment and voiding for fraud with prejudice the Judgement for case no. #105-cr-00049-AU in the United States District Court (for Maryland);

C. Agree to your full, complete and immediate restoration of all rights, both known and unknown, to the Affiant;

D. Agree to your confessing Judgement as a tortfeasor in this matter in favor of the Affiant, both jointly and severally;

E. Agree to your directing an authenticated notice to Affiant clear unambiguous intent regarding indicated expressing RESPONDENT(S) ent at the address indicated expressing this herein presentment within 10 days from receipt of this NOTICE OF CLAIM;

page 5 of 6

---

F. Agree to your embracing, honoring, immediately carrying-out and complying without exceptions 1 through 29 of the Affidavit in support of the foregoing claim and Affidavit of negative advertment points 1 through 20 of the Affiant;

G. Provide an apology to the Affiant, Affiant's siblings, and all other members of the Affiant's nuclear and extended family.

H. Agree to your making arrangements for the delivery to the Affiant, the sum certain adjusted amount of FOUR MILLION DOLLARS ( $4,000,000 USD ), in certified funds functional UNITED STATES currency, which represent full and final functional UNITED amounts due and owing, if accepted, arranged and/or made on or before the 10 day period has expired.

I, Dishonor of Presentment;

i. Approval and Agreement for the period indicated, including and not limited to any other amounts claimed as a direct result of your actions;

II. Mutual assent as to all agreements made by operation of your failure to respond as requested as a non- response, as disclosed herein;

III. Mutual assent as to all agreements made by operation of as disclosed herein;

IV. Waiver of the right to contest or controvert the amounts indicated and their derivation as to the Affiant's full claim for the period indicated at a future time, and

V. Agreement that you confess Judgement in this matter as a tortfeasor in favor of the Affiant.

The Affiant, looks forward to an amicable and honorable extrajudicial resolution of this situation. Thank you for your kind and prompt attention to this matter. Please take heed and guide yourself accordingly.

Respectfully,
COURTNEY BAILEY  6-10-07

Courtney Bailey/#27976-016
L.S.C.I.
P.O. Box 1000
White Deer, PA
17887

NOTARY ACKNOWLEDGMENT

6/10/07

Signature

NOTARIAL SEAL

page 5 of 6

[ All Attachments incorporated fully herein
by reference ]

I, Courtney Anthony Bailey, the Affiant, being of majority age and competent to testify, knows that the truths and facts herein are of the Affiant's own first-hand knowledge, true, correct, certain, complete, and not misleading as follows:

1. Affiant sees no proof or evidence, that on February 16, 2005, Affiant was not arrested by the District of Columbia Metropolitan Police Department for the arrest or possession of marijuana.

2. Affiant sees no proof or evidence that on February 17, 2005, Affiant did not appear in front of the Honorable Judge Aida L. Melendez in the Superior Court of the District of Columbia, and believes none exist.

3. Affiant sees no proof or evidence, that Judge Aida L. Melendez did not enter a nolle prosequi the Possession of marijuana charge, and believes none exist.

4. Affiant sees no proof or evidence, that Judge Aida L. Melendez did not give a specific court order, and believes none exist.

5. Affiant sees no proof or evidence, that the Court Order does not exist:

ORDERED detained at the District of Columbia Jail pending return to the State of Maryland in custody of the proper officials of that state; and it is

FURTHER ORDERED that if BAILEY, COURTNEY has not been surrendered to the custody of the proper official of that State of Maryland by February 21, 2005, not including Saturday, Sunday, or holiday(s) he shall be returned to this Court for further proceeding, as the Court shall deem appropriate.

6. Affiant sees no proof or evidence, that on February 18, 2005, the District of Columbia did not violate, breach, part of herein court order(s) did not violate, breach, the terms of the land, and believes none exist, by not holding the Affiant for the State of Maryland, and believes none exist.

7. Affiant sees no proof or evidence, that the Affiant for the State of Maryland...

8. Affiant sees no proof or evidence, that Affiant was not taken by District of Columbia Jail officials, and placed in the morning of February 18, 2005, and placed in receiving and discharge, ing for the United States Marshal the District of Columbia Jail officials did not violate the District of Columbia work (1), and subsequently the United States Marshal did not violate the District of Columbia work (1).

9. Affiant sees no proof or evidence, that the United States Jurisdiction ), and believes none exist of General Columbia clearly violate the Superior Court of the District of Columbia's order, which ordered the Affiant detained for the proper officials of Maryland, and believes none exist.

10. Affiant sees no proof or evidence, that Respondent(s) did and Fugitives from Justice.), did not violating the Superior Court for the District of Columbia's order, and believes none exist;

11. Affiant sees no proof or evidence, that subsequently violate D.C. Code 23-701 through 23-704 (Extradition of Fugitives from Justice.), when violating the Superior Court for ( Rule 40 amend 40-I (g).), when violating Rules of Criminal Procedure District of Columbia Court's order, and believes none exist;

12. Affiant sees no proof or evidence, that Respondent(s), did not subsequently violate D.C. Code 1-1921 C.2, when violating the Superior Court for the District of Columbia Court's order, and believes none exist;

13. Affiant sees no proof or evidence, that Respondent(s) did not subsequently violate the District of Columbia Court Reform Act and the District of Columbia of 1970, when violating the Superior Court of the District of Columbia Court's order, and believes none exist;

14. Affiant sees no proof or evidence, that Respondent(s), did not violate Affiant's Sixth Amendment right to be impartial in the State of Maryland Court's order, when violating the Superior Court of the District of Columbia Court's order, and believes none exist;

15. Affiant sees no proof or evidence, that Respondent(s), did not violate Affiant's Equal protection rights secured by the Fifth Amendment, when violate the Superior Court of the District of Columbia Court's order, and believes none exist.

16. Affiant sees no proof or evidence, that Respondent(s), did not violate Affiant's right, when violating the Superior Court of the District of Columbia Court's order, and believes none exist;

17. Affiant sees no proof or evidence, that Respondent(s) did not violate Affiant's Eighth Amendment right cruel and unusual punishment, when violating the Superior Court's Columbia Court's order, and believes none exist;

18. Affiant sees no proof or evidence, that Respondent(s), did not violate Affiant's Habeas Corpus Rights, hearing, in District the Constitution secured by District of Columbia, when violating Superior Court for the District of Columbia Court's order, and believes none exist.

19. Affiant sees no proof or evidence, that Respondent(s), did not violate the laws of the District of Columbia and the Constitution believes none exist. the District of Columbia, after disrespecting a court order, and believes none exist.

20. Affiant sees no proof or evidence, that pursuant to an Act of Congress, ( District of Columbia, when before and Criminal Procedure of 1970 ( Extradition of Fugitives from Justice of through 23-704 D.C. Code, when creating along with other D.C. Codes, when violating the Superior Court ( or the District of Columbia ), and believes none exist.

21. Affiant sees no proof or evidence, that Respondent(s), did not deprive the Chief Judge or any appointed Judge of the Superior Court for the District of Columbia his/her executive duty as required by provisions of Chapter 209 of Title 18, and believes none exist.

22. Affiant sees no proof or evidence, that Respondent(s), did unlawfully and unreasonably seize the Affiant's body and turn for the United States Marshalls, without a written request to the Chief Judge of the Superior Court of the District of Columbia, certified as authentic by the United States Authority for the Superior Court of the District of Columbia, Affiant's consent in open court, and absent the

23. Affiant sees no proof or evidence, that Respondent(s), in acts enumerated above respecting a court order, did not engage in clear, violation and disrespect to a court order, in proper form against the Affiant, absent any agreement in the Governor of Maryland and placement in the District of Columbia, for the Chief Judge of the Superior Court for the District of Columbia, for the Affiant's extradition to the United States jurisdiction, and believes none exist.

24. Affiant sees no proof or evidence, that Respondent(s), in clear violation and disrespecting a court order, did not release the Affiant's body without being taken before the Chief Judge of the Superior Court for the District of Columbia, delivered the Affiant's surrender, a court order, absent a demand for the Affiant's extradition to the jurisdiction of the United States, and believes none exist.

25. Affiant sees no proof or evidence, that Respondent(s), in clear violation the Affiant's, a court order did not unlawfully and unreasonably seize release the Affiant's body without being taken before the Chief Judge of the Superior Court for the District of Columbia, delivered the Affiant's surrender to the jurisdiction of the United States, and believes none exist.

26. Affiant sees no proof or evidence, that pursuant to Congress 17 plenary powers (United States Constitution Article 1 § 8, respecting legislation of the District of Columbia, and Article 3 powers, the Superior Court for the District of Columbia, and of the United States District Court of the District of Columbia, and believes none exist.

27. Affiant sees no proof or evidence, that rule 40-I of the Superior Court Criminal Procedure, does not clarity the procedures invoked in the arrest and extradition of fugitives, and believes none exist.

28. Affiant sees no proof or evidence, that Respondent(s), Court for the District of Columbia, working for the District of Columbia, of Crim, did not violate rule 40-I (g) of Superior Court Rules of Criminal Procedure, does not clarity the procedures invoked in the arrest and extradition of fugitives, and believes none exist.

29. Affiant sees no proof or evidence, that Extradition, formerly, to affect for the United States District Court for the District of Columbia, the jurisdiction of the District Court for the District of Columbia, and believes none exist.

30. Affiant sees no proof or evidence, that Respondent(s), in clear violation the United States Marshalls, working for the United States District Court for the District of Columbia, for purpose of the administration of justice, did not relate the Affiant to the United States jurisdiction for the purpose of extradition, without jurisdiction of the District Court for the District of Columbia, and believes none exist.

Page 3 of 7

31. Affiant sees no proof or evidence, that Respondent(s), in ity, that was given to the Chief Judge of the Superior Court of the District of Columbia, to the Chief Judge of the Superior capacities of the United States Marshalls, and believes the Affiant to the United States

violating and respecting a court order, did not commit acts here-inated above, absent respecting a court order, in proper form, executed the rendition to the "City" of the District of Columbia, the Affiant's

32. Affiant sees no proof or evidence, that Respondent(s), after violating and disrespecting a court order, did not deny the Affiant's a pretransfer/dangerous corpus hearing before the Superior Court of the District of Columbia indeed Chief Judge, pursuant to the District 23-704, and D.C. Code

33. Affiant sees no proof or evidence, that Respondent(s), in ter violating and disrespecting the Affiant's right to counsel under D.C. code 23-704 and superior Court Rules of Criminal Procedure 40-I (g), and believes none exist.

34. Affiant sees no proof or evidence, that Respondent(s), af-ter violating a court order, did not deny the Affiant's due process and the fair administration of justice regarding rendition to the United States jurisdiction of the District Court, and believes none exist.

35. Affiant sees no proof or evidence, that Respondent(s), in ter violating a court order, did not deny the Affiant's right to a speedy trial in violation of the Sixth Amendment, and the right to the Sixth Amendment, and believes none exist.

36. Affiant sees no proof or evidence, that Respondent(s), in ter violating and disrespecting the Affiant, the right to body in the Bureau of Prisons/Attorney General (Unit-ted States Jurisdiction, the Affiant's when on February 19, 2005, States District Court, should have been free, but weaned on Superior that was void due to Respondent(s) acts, from the District of Columbia's Court order, District of Court, and the United States lacking in jurisdiction to extradite the Affiant, and believes none exist......see attachment "K", made a part herein

37. Affiant and sees no proof or evidence, that Respondent(s), af-ter violating and disrespecting the Superior Court's order, did not deny the Affiant equal protection of the law by virtue of the Fifth Amendment, and believes none exist.

a court code, did not engage in corruption, that Respondent(s), after violating and disrespecting the Fourth Amendment, and believes none might...

In violating of the Fourth Amendment, and believe none exist.

order, did not commit acts violating the Respondent(s), after violating the Superior Court's order...

United States Constitution, and believes none exist.

Respectfully made and executed in good faith.

_Courtney Bailey_

page 4 of 7

## VERIFICATION AND CERTIFICATION

Affiant does herewith depose, declare and affirm, on Affiant's own full commercial liability, that Affiant can competently state the matter set forth herein, the contents are true, correct, complete and certain, not misleading, the truth, the whole truth and nothing but the truth, as per Affiant's best first-hand knowledge.

Affiant asserts the only means whereby RESPONDENTS, jointly and/or severally, can invalidate this Affidavit is by point-for-point rebuttal by Counter affidavit, executed under oath, sworn true, correct, certain and complete, under RESPONDENTS' own full commercial liability and under penalty of perjury. Failure to so do, thus rebutted stands as truth, RESPONDENT(S) herein that is not Judgement of the law and RESPONDENT(S) absolute agreement, the concerning each unrebutted point.

You, the RESPONDENT(S), and any man or woman intending to rebut this negative adverment in support of foregoing AFFIDAVIT shall do so in the same manner as this Negative Adverment, by signing your Christian or baptismal name, or name given at birth, in upper and lower case format, not all-capital-letters, hence using your full commercial liability, you may be responsible and being fully liable for everything in fact, and do. Also, any opposing affidavit must address the issues

Additionally, you must make your affidavit to the address below within ten days from receipt of this Negative Adverment in support of the foregoing affidavit.

Respectfully submitted in good faith.

*Courtney Bailey*
Courtney BAILEY, #7976-016
L.S.C.I. Allenwood
P.O.Box 1000
White Deer, PA
17887

page 5 of 7

## MAIN

Respondent(s), after violating the Superior Court of the District of Columbia Court's order, caused irreparable harm and damages suffered by the Affiant.

The Affiant has been deprived of his liberty, suffered mental and emotional harm, maliciously prosecuted, sentenced to imprisonment ally, involuntarily being threatened with deprivation because of nation-rights violations against the Affiant.

## RELIEF/CLAIM

The Affiant demand compensatory damages from the respondent(s) in the amount of FIVE MILLION DOLLARS ($5,000,000.00 USD) in U.S. currency.

The Affiant demands punitive damages from the Respondent(s) in the amount of FOUR MILLION DOLLARS ($4,000,000.00USD) in U.S. currency.

The Affiant demands professional fees from the Respondent(s) in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00USD) in U.S. currency.

The Affiant's claim is NINE MILLION FIVE HUNDRED THOUSAND DOLLARS ($9,500,000.00USD) in U.S. currency due to the Respondent(s) indirect and direct acts in the illegal and unlawful detention of the Affiant.

## CURE

You are being given this opportunity to make amends and agree to resolve this matter honorably by doing the following:

A. Agree to your arranging, effecting, causing and ordering the complete release of the Affiant;

B. Agree to your arranging and effecting the immediate dismissal of the indictment and voiding for fraud with prejudice the Judgement for case No. 8:05-cr-00095-AW in the United States District Court for Maryland;

C. Agree to your full, complete and immediate restoration of all rights, both known and unknown, to the Affiant;

page 6 of 7

## PROOF OF SERVICE

On June 14, 2007, I, Courtney Bailey mailed a copy of this Notice of Claim, Affidavit in support of the foregoing claim, and negative Averment in support of the foregoing affidavit, also attached pages to William J. Smith, Superintendent of the District of Columbia Jail, 1901 D st. S.E. Washington D.C., 20003), by certified mail 7006 2150 0004 7646 7032, first class, return receipt.

Courtney Bailey
( Signature )

6-13-07
( date )

---

the Affiant regarding your actions, both jointly and severally, in this matter in favor of the Affiant;

D. Agree to your confessing Judgement as a tortfeasor to

E. Agree to your directing an authenticated notice to Affiant at the address coordinates indicated expressing RESPONDENT(S) clear unambiguous intent regarding this herein Presentment within 10 days from receipt of this NOTICE OF CLAIM;

F. Agree to your embracing, honoring, immediately carrying-out and complying without exceptions 1 through 29 of the Affidavit in support of the foregoing claim and Affidavit or negative adverstment through 40.

G. Provide an Apology to the Affiant, Affiant's siblings, and all other members of the Affiant's nuclear and extended family.

Affiant H. Agree to your making arrangements for the delivery to the Affiant, the sum certain indicated amount of FOUR MILLION DOLLARS ( $ 4,000,000 USD ), in certified funds, and in functional UNITED STATES currency, which represent full and final payment for the amounts due and owing, if arranged and/or made on or before the 10 day period has expired.

Please be advised, you have within 10 calender days from receipt of this NOTICE OF CLAIM to respond as required or a non-response will constitute the following:

I. Dishonor of Presentment;

II. Approval and agreement for the period indicated, including, and not limited to any other amounts claimed as a direct result of your actions;

III. Mutual assent as to all agreements made by operation of your failure to respond as requested as a non- response, as disclosed herein;

IV. Waiver of the right to contest or controvert the amounts indicated and their derivation as to the Affiant's full claim for the period indicated at a future time, and

V. Agreement that you confess Judgement in this matter as a tortfeasor in favor of the Affiant.

The Affiant, looks forward to an amicable and honorable extra-judicial resolution of this situation. Thank you for your kind and prompt attention to this matter. Please take heed and guide your-self accordingly.

Respectfully, Courtney Bailey 6/10/07
Courtney Bailey
L.S.C.T. Allenwood
P.O. Box 1000
White Deer, PA
17887

NOTARY ACKNOWLEDGMENT

4/10/7
SIGNATURE

page 7 of 7

COURTNEY BAILEY
CLAIMANT,

v.

WILLIAM J. SMITH (Superintendent)
of the District of Columbia Jail,
D.C. Jail, and ANY PARTY IN OR OF INTEREST
RESPONDENT,

On June 14, 2007, the Undersigned sent a "NOTICE of CLAIM", Affidavit in support of Claim, Negative Averment in support of Affidavit, and various exhibits to the Respondent(s) at the District of Columbia Jail. # 7050 1150 GOOD Hope Rd. S.E.5B1, Washington D.C. 20003, to date, certified to have been accepted, not honored, and specific performance required to your obligations as set forth in the Notice of Claim, June 28, 2007, neither You the Respondent(s) have failed to have thus far been NOT FORTH COMING. You the Respondent(s) have failed to respond within the time required in the Notice of Claim. Please be advised, that You the the Respondent(s) were given ten (10) calendar days from receipt of the Notice of Claim, were given ten (10) calendar days, have not responded, and your non-response(s) have constituted:

I. Dishonor of Presentment;

II. Approval and agreement for the period indicated, including and not limited to any other amounts claimed as a direct result of your action;

III. Mutual assent as to all agreements made by operation of law. Your failure to respond as requested.

IV. Your failure to contest or controvert the amounts indicated and their declaration as to the Undersigned's full amount for the period indicated.

V. Agreement that you confess Judgement in this matter as a confessor in favor of the Undersigned.

The Undersigned is attaching a copy of the Notice of Claim, Affidavit in support of Claim, Negative Averment in support of Affidavit, and exhibits to the same, Notice of Non-Response. You have the right to cure this non-response, and perform according to said terms within the next ten (10) calendar days.

Should you fail to cure this non-response, the Undersigned will then at that point, issue a final determination in this matter regarding the mutual assent of the parties as evidenced by non-response and continued non-performance, included in said final determination, may be certificate/certification of contract(s), agreement and/or whatever may be required, and is in accordance with your agreement to the agreement(s). Said final determination SHALL BE BINDING and forced hereby and/or outlined and memorialized herein. Absent your response as required within the time alloted for such response, this

page 1 of 3

matter is concluded and the action is finalized. Respondent(s) decisions shall constitute "STARE DECISIS" and your agreement that this process, as well as your action/failure to act constitute "RES JUDICATA". Respectfully submitted in good faith.

Courtney Bailey 6-27
Courtney Bailey # 279740-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, PA
17887

See NOTICE OF CLAIM, Affidavit in support of Claim, and Negative Averment in support of Affidavit made a part of herein.

NOTARY ACKNOWLEDGEMENT: 6/27/07

[signature]

NOTARIAL SEAL
Christine R. Voneida, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008

Page 2 of 3

COURTNEY BAILEY
CLAIMANT,

v.

WILLIAM J. SMITH
SUPERINTENDENT OF D.C. JAIL,
D.C. JAIL, AND ANY PARTY IN OR OF INTEREST

## NOTICE OF DISHONOR

On June 14, 2007, the Undersigned sent a NOTICE OF CLAIM, Affidavit in support of Claim, Negative Averment in support of Affidavit, various exhibits to the Respondent(s), at the District of Columbia Jail, 1901 D st. S.E., Washington D.C.
The Notice of Claim gave Respondent(s) ten calendar days to reply, or come to an amicable resolution. There was no response within the ten days given to the Respondent(s).
The Notice of Claim stated:
Please be advised if you have within ten (10) calender days from receipt of this Notice of Claim to respond as requested or a non-response will constitute the following;

I. Dishonor and Presentment for the period indicated, including and not limited to any other amounts claimed as a direct result of your actions.
II. Approval and agreement as to all agreements made by operation of your failure to respond as requested as a non-response, as disclosed herein;
III. Mutual assent as to all agreements made by operation of your failure to respond as requested as a non-response, as disclosed herein;
IV. Waiver of the right to controvert or contest the amounts indicated indicated at a future time, and that you confess Judgment sent in this matter as a tortfeasor in favor of the Affiant.

This ten day period which were given to you in the Notice of Claim, was given another ten day period of Non-response. Respondent(s). of Non-response was received by D.C. Jail officials by Certificate of Non-response was received by D.C. Jail officials on July 2, 2007, by certified mail number 7006 2150 0004 7627 2292, appeared to have failed for the second time to make an amicable resolution. To Claimant's Certificate of Non-response, Respondent(s) was notified for a second time, what that Certificate will Constitute. To this data Respondent(s) were given time, Respondent's time has expired, of claim and Certificate of Non-response to honor the Underlined's resolution. Respondent(s) having failed to make an amicable resolution. Respondent(s) being given an opportunity to cure, and neither have been accepted, nor honored, and thus specific performance pursuant to your obligations is said to have thus far been "NOT FORTH COMING".

THEREFORE RESPONDENT(S) BY NON-RESPONSE HAVE IN FACT CONSTITUTED;
I. Dishonor of Presentment ( NOTICE OF CLAIM);
II. Approval and agreement for the period indicated, including and not limited to other amounts claimed as a direct result of your actions

page 1 of 2

---

## PROOF OF SERVICE

On June 28, 2007, I Courtney Bailey mailed a copy of this Certificate of Non-Response, to William J. Smith, Superintendent of the District of Columbia Jail, 1901 D st. S.E., Washington D.C. 20003, by certified mail # 7006 2150 0004 7627 2292, first class, return receipt.

On June 28, 2007, I , Courtney Bailey mailed a copy of the Notice of Claim, Affidavit in support of the foregoing Claim, and Negative Averment in support of the foregoing Affidavit, for the second and time attached to the Certificate of Non-Response, to William J. Smith, Superintendent of the District of Columbia Jail, 1901 D st. S.E., Washington D.C. 20003, by certified mail # 7006 2150 0004 7627 2292, first class return receipt.

Courtney Bailey 6/29/07

Courtney Bailey#27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pa
17887

page 3 of 3

III. Mutual assent as to all agreements made by operation of your failure to respond as requested.

IV. Waiver of the right to contest or controvert the amounts indicated, and their derivation for the Undersigned's full amount for the period indicated at a future time, and

V. agreement that you confess judgement in this matter as a tortfeasor in favor of the Undersigned.

Although there is agreement, the Undersigned, as a courtesy will give respondent(s) three (3) days to contact the Undersigned, and to come to an amicable resolution. After the 3 day period, Respondent(s) are no longer required to act, because presentment is final, and agreed upon. Respondent(s) will then have a day in court to be silent.

The Undersigned knows that Respondent(s) are schooled, and has knowledge to know that when court order is violated, which obstructs justice, impair the dignity of a court disrespects its authority, and interfere with the fair administration of justice, there are contempt of court charges that follows.

THEREFORE THE UNDERSIGNED RECOMMEND THAT RESPONDENT(S), GUIDE YOURSELVES ACCORDINGLY

Respectfully submitted in good faith.

Courtney Bailey 7-17-07
Courtney Bailey #27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

NOTARY ACKNOWLEDGMENT

[signature] 7/17/07

NOTARIAL SEAL
Charlene L. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 2, 2008

page 2 of 2

---

PROOF OF SERVICE

On June 17, 2005, I, Courtney Bailey mailed a copy of the NOTICE OF DISHONOR to William J. Smith, Superintendent of the District of Columbia Jail, 1901 D st: S.E. Washington D.C., 20003 by certified mail 7006 2150 0004 7627 3336, first class, return receipt.

Courtney Bailey
(Signature)

July 14, 2004
(Date)

page 1 of 1




Exhibit

2005 FUG 000398          In The Matter Of: BATLEY, COURTNEY A.

Search Criteria
Docket Entry
Images          All Dockets
Participant
Display OptionExclude Non Display Dockets

Begin Date
End Date

SortDescending

Search Results

| Docket Date | Reference | Description | Amt | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|---|
| 2/19/2005 | | COURTROOM C10. CASE NOLLED. J. ALPRIN/IC | | | |
| 2/18/2005 | | PER DETECTIVE NORMA ROMAN, FUGITIVE SQUAD, A DETAINER IS FILED DUE TO LOCAL CHARGES. AUSA BASILE NOTIFIED. JACKET FORWARDED TO C-10 FOR DISPOSITION. EBC/SP | | | |
| ~~2/18/2005~~ | | ~~EXTRADITION HEARING WAIVED. DEFENDANT ORDERED TO DEMANDING STATE. ORDER FILED HEREIN. PER JUDGE MELENDEZ. CIX. CERTIFIED EBC/SP BRANCH.~~ | | | |
| ~~2/17/2005~~ | | ~~AFFIDAVIT AND COMPLAINT FILED. FUGITIVE FROM THE STATE OF MARYLAND. CHARGING THE DEFENDANT WITH PTR RECEIVED AND FILED. JACKET FORWARDED TO COURTROOM C-10. EBC/SP BRANCH.~~ | | | |

Exhibi
Exhibi

3

Exhib:

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

STATE OF ....... MARYLAND .........

vs

BAILEY, COURTNEY

PDID NO. ........ 474919

SP NO. ...... 3?? FEB 19 ? 3:34

RECEIVED

### ORDER FOR RETURN OF FUGITIVE UPON WAIVER

BAILEY, COURTNEY

................................................., having appeared with Counsel in open Court

on .... FEBRUARY 17, 2005 .........

......................................and having waived further proceedings pursuant

to law and indicated his desire to return voluntarily to the State of ...MARYLAND ................,

is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of
MARYLAND
.................... in the custody of the proper official of that state, and it is

FURTHER ORDERED that if...BAILEY, COURTNEY ...................................has not been

surrendered to the custody of a proper official of the State of.... MARYLAND ...............

by FEBRUARY 23, 2005 ..... (3 days, not including Saturday, Sunday or holidays), he shall

be returned FORTHWITH to this Court for such further proceedings as the Court shall deem

appropriate.

.......2/17/05 .........
DATE

......Aida L. Melindz
JUDGE

---

### RETURN

OFFICIAL: .....................................................................................

NAME

.....................................................................................

ADDRESS

.....................................................................................

TITLE

WHITE—COURT COPY
YELLOW—DEFENDANT'S COPY
PINK—JAIL COPY
GOLDENROD—COPY TO BE RETURNED TO COURT
AFTER EXECUTED

Form CD-484/Nov. 87

United States Marshals Service
**LIMITED OFFICIAL USE**
Central Prisoner Report for BAILEY, COURTNEY (USMS 27976015)



"Exhib

 

## Prisoner Information



First Name : COURTNEY
Middle Name : ANTHONY
Last Name : BAILEY
SSN :
FBI# :
Alien :
Citizen Code : US
Last Updated : 03/25/2007

City : KINGSTON
State : JAPAN
Sex : Male
Race : Black
Eyes : BROWN
Hair : BLACK
Height : 5'6"
Weight : 160
Date of Birth : /1978



Facility Code
3JY

Release Date
02/23/2005

EXHIBIT/ATTACHMENT "B"
~~COMMITMENT TO BUREAU OF PRISONS~~

TYPE OF COMMITMENT:

    __X__     Pretrial

    _____     Convicted (Pending Sentence)

    _____     Convicted (Sentenced)

*278 637*

Exhibit

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

the _18th_ day of _February_, 20 _05_

UNITED STATES OF AMERICA

    vs

CRIMINAL NO. _05-0264-01_

THIS NUMBER REPLACES _____

_Courtney Anthony Bailey_
(Name of Defendant)

OFFENSE(S) _C.S.A._

_DCDC 278637_
DOB, PDID, DCDC Numbers)

_Reg # 27976-016_

CODE VIOLATION: _21:841_

TO:     Attorney General of the U.S.
        Director, Bureau of Prisons

    The Court has ordered that the above named defendant be committed to the Bureau of Prisons; therefore receive into your custody the body of said defendant and safely keep in your custody until further order, and this shall be your sufficient warrant.

    By the Court: _Mag. Judge Alan Kay_

NANCY MAYER-WHITTINGTON, CLERK

By _Kimberly Kay_
   Deputy Clerk        (Seal)

Defendant's Court Return Date: _____
    Status _____    Sentence _____
    Motion _____    Trial _____

SENTENCE IMPOSED BY THE COURT:

_____ Months incarceration; Supervised Release of _____ years to follow.

Special Assessment $ _____     Total Fine $ _____

Medical Treatment: _____

Court Recommends Incarceration at: _____

BOND SET/REDUCED: ~~_____~~

ORDER: ~~_____~~

*Forthwith*

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Columbia_

FILED

FEB 18 20

NANCY MAYE...
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

_Courtney Anthony Bailey_

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _05-0864-01_

The defendant is charged with a violation of _21_ U.S.C. _841_ alleged to have been committed in the _____ District of _Maryland, Greenbelt_

Brief Description of Charge(s):

_C.S.A._

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By _Kimberly Ray_
Deputy Clerk

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_February 18 2005_
Date

_Alan Kay_
Judicial Officer

---

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 2/23/05 | Greenbelt | 2/23/05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 2/23/05 | _Jacob A. Whelan_ | |





District of Columbia live database

CLOSED

**U.S. District Court**
**District of Columbia (Washington DC)**
CRIMINAL DOCKET FOR CASE #: 1:05-mj-00086-AK-1
Internal Use Only

Exhb
Exhib

Case title: USA v. BAILEY
Other court case number: 03-3467 CBD, 03-3468
CBD USDC for the
District of Maryland

Date Filed: 02/18/2005

Assigned to: Magistrate Judge
Alan Kay

**Defendant (1)**
**COURTNEY ANTHONY**
**BAILEY**

represented by **David Walker Bos**
FEDERAL PUBLIC DEFENDER
FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: david_bos@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender
Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level**
**(Opening)**

None

## Terminated Counts

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

COMPLAINT filed in violation of 21:841(a)(1)

**Disposition**

## Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | MOTION to Seal Case by USA as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | ORDER granting 1 Motion to Seal Case as to COURTNEY ANTHONY BAILEY (1)Signed by Judge Charles B. Day on 10/7/03 (U.S. District Court for the District of Maryland). (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | Arrest (Rule 40) of COURTNEY ANTHONY BAILEY (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | 2 | Arrest (Rule 40) Warrant Returned Executed on 2/18/05 as to COURTNEY ANTHONY BAILEY. Warrant issued by USDC for Maryland, in Prince George's Country. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | 3 | COMPLAINT as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay :Removal Hearing as to COURTNEY ANTHONY BAILEY held on 2/18/05 - U.S. District Court of Maryland, Greenbelt Case Number 03-3467 CBD; waiver of rule 40 hearing; papers to be forwarded to Clerk-District of Maryland- |

District of Columbia live database

| | | |
|---|---|---|
| | | Greenbelt; oral motion of government to unseal this hearing, heard and granted; commitment to another district (Greenbelt, MD) issued forthwith; defendant committed; commitment issued. Court Reporter Pro-Typists, Inc..) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | ❍5 | WAIVER of Rule 40 Hearings by COURTNEY ANTHONY BAILEY (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | ❍6 | FORTHWITH COMMITMENT Issued as to COURTNEY ANTHONY BAILEY to U.S. District Court for Maryland at Greenbelt. (signed by Magistrate Judge Alan Kay on 2/18/05) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | | (Court only) ***Set/Clear Flags as to COURTNEY ANTHONY BAILEY (zerd) (Entered: 05/31/2005) |
| 02/22/2005 | ❍4 | NOTICE OF ATTORNEY APPEARANCE: David Walker Bos appearing for COURTNEY ANTHONY BAILEY. (zhsj, ) (Entered: 02/23/2005) |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS** _Courtney Anthony Bailey_

**DEFENDANTS** _District of Columbia, et al._

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

_Allenwood, PA_

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
_pro se_

ATTORNEYS (IF KNOWN) _Uranthea McQuinn
& Samuel C. Kaplan for D.C.
Office of the Attorney General D.C._

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g))

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

Real Property
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

Personal Property
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

Bankruptcy
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

Prisoner Petitions
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

Property Rights
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

Federal Tax Suits
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

Other Statutes
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G. Habeas Corpus/ 2255**<br><br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ **H. Employment Discrimination**<br><br>□ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ **I. FOIA/PRIVACY ACT**<br><br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ **J. Student Loan**<br><br>□ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ **K. Labor/ERISA (non-employment)**<br><br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ **L. Other Civil Rights (non-employment)**<br><br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ **M. Contract**<br><br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ **N. Three-Judge Court**<br><br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

□ 1 Original Proceeding  ☒ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1331

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS  □  ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES  □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)  ☒ YES  □ NO    If yes, please complete related case form.

DATE **6-3-08**    SIGNATURE OF ATTORNEY OF RECORD  _Urathea McQuinn_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.   CASE ASSIGNMENT AND NATURE OF SUIT. The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION· Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

CLERK-S OFFICE                                    CO-932
UNITED STATES DISTRICT COURT                      Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk-s records, one copy for the Judge to whom the cases is assigned and one copy  for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must  complete the following:

I.     RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e-s) below.]

[ ]    (a)    relates to common property

[ ]    (b)    involves common issues of fact

[ ]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[X]    (e)    is filed by the same pro se litigant

2.     RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [X]

3.     NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4.     CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
       1:08-cv-00283 Bailey v. Walsh, et al.    Filed 02-20-08
       1:08-cv-00369 Bailey v. Kay              Filed 02-29-08  Closed 02-29-08

       6/3/08 _____        Urantha McQuinn, attorney for D.C.
       DATE                  Signature of Plaintiff /Defendant (or counsel)