UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY
#27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866
     Plaintiff,

     v.

DISTRICT OF COLUMBIA, et al
     Defendants,

Civil Action No. 08-0754 CKK

**RECEIVED**

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA MOTION TO DISMISS FOR LACK OF SERVICE**

---

**AND NOW COMES,** Courtney Anthony Bailey, a natural person, on his own behalf, unassisted by Counsel, and Plaintiff hereinafter, comes to this Court with substantial proof that all defendant's in the above captioned case has been served by certified mail return receipt, and moves this Honorable Court to deny Defendant District of Columbia Motion to dismiss as follows:

1. The defendant claim that Plaintiff did not send summons or Complaint by certified mail.

Petitioner request that this Honorable Court take Notice to **Exhibit "A" U.S. Postal Service, Certified Mail receipts.**

On April 4, 2008, there was a total of four summons and complaint mailed to:

1) Tabatha Braxton
   Office of the Secretary
   1350 Pennsylvania Avenue, N.W. S419
   Washington D.C.
   20004      Certified Mail No. 7003 3110 0006 1299 9627

page 1 of 4

2) Darlene Fields (Office of Attorney General)
441 4th Street N.W. 6th Floor
Washington D.C. 20001          Certified Mail No. 7003 3110 0006
                                             1299 9658

3) Thomas Winkfield
The District of Columbia Jail
1901 D. Street S.E.
Washington D.C.
20003          Certified Mail No. 7006 3110 0006 1299 9634

4) William J. Smith (Superintendant of D.C. Jail)
The District of Columbia Jail
1901 D. Street S.E.
Washington D.C.
20003          Certified Mail No. 7003 3110 0006 1299 9610

Plaintiff would like for this Honorable Court to take Notice to Exhibit "B", copy of the return receipts prior to being mailed on April 3, 2008, and also Exhibit "C" proof of service that was sent with summons and complaint.

On April 04, 2008, copies of Exhibit A, B, and C was sent to the clerk of the D.C. Superior Court requesting the clerk of the Court to place proof of service on the record, but was later returned on April 14, 2008, because the Court required the original green cards and Affidavit of Service by Certified Mail. See Exhibit "D" and "E".

Plaintiff declares under the pains and penalties of perjury that on or about April 22, 2008, that the original green cards (return receipts), and affidavit of service by registered mail was mailed to the clerk of the D.C. Superior Court, and the record should reflect the filing of the original cards, and affidavit of service by registered mail, which shows that the District of Columbia and defendant were in fact properly served in accordance to Superior Court Rules-Civil Rule 4(j).

page 2 of 4

**CONCLUSION**

WHEREFORE, Plaintiff respectfully request that this Honorable Court, denies Defendant District of Columbia motion to dismiss for lack of service upon the substantial showing by PLaintiff that Defendant's were in fact properly served by certified mail-return receipt in accordance to  SCR-Civil Rule 4(j).


Respectfully,

Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

## CERTIFICATE OF SERVICE

On this __19th__ day of June 2008, I, Courtney Anthony Bailey

declares under the penalties of perjury, that the foregoing Motion

in opposition to defendant District of Columbia Motion to dismiss

for lack of Service, was mailed to Urenthea McQuinn, first class

mail, postage prepaid, and addressed as follows:


Urenthea McQuinn
Assistant Attorney General, D.C.
441 4th Street, N.W.
6th floor South
Washington D.C.
20001

                    Respectfully Submitted,

                    Courtney Bailey
         Courtney Anthony Bailey #27976-016
                        M.V.C.C.
                    555 Cornell Drive
                    Phillipsburg, Pa
                        16866







Exhibit "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Darlene Fields
(Office of the Attorney General)
441 4th Street N.W. 6th Floor South
Washington D.C.
20001

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0006 1299 9656

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Tabatha Braxton (Office of the Secretary)
1350 Pennsylvania Avenue N.W. S419
Washington D.C.
20003

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0006 1299 9627

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
William J. Smith
Superintendent of the D.C. Jail
1901 D. Street S.E.
Washington D.C.
20003

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0006 1299 9610

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Thomas Winkfield
1901 D. Street S.E.
Washington D.C.
20003

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0006 1299 9634

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Exhibit "B"

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

COURTNEY ANTHONY BAILEY
          Plaintiff,

          v.                                    C.A. No. 2008 CA 002458 B
                                                Ronna L. Beck
THE DISTRICT OF COLUMBIA et al.
          Defendants,

---

### PROOF OF SERVICE

I, Courtney Anthony Bailey, the Plaintiff, do certify that on this __3__ day of __April__ 2008, the foregoing, Summons, Complaint, Initial order and Acknowledgment was sent first class mail, postage prepaid, certified mail to:

#1. William J. Smith (Superintendant of the D.C. Jail)
    The District of Columbia Jail
    1901 D. Street S.E.
    Washington D.C. 20003     Certified Mail No. __7003 3110 0006 1299 9610__

#2. Tabatha Braxton
    Office of the Secretary
    1350 Pennsylvania Avenue, N.W. S419
    Washington D.C.
    20004                     Certified Mail No. __7003 3110 0006 1299 9627__

#3. Thomas Winkfield
    The District of Columbia Jail
    1901 D. Street S.E.
    Washington D.C. 20003 Certified Mail No. __7006 3110 0006 1299 9634__

#4. Darlene Fields
    Office of the Attorney General for the District of Columbia
    441 4th Strret N.W. 6th floor South
    Washington D.C. 20001     Certified Mail No. __7003 3110 0006 1299 9658__


                                    Respectfully,
                                    Courtney Bailey
                                    Courtney Bailey #27976-016
                                    L.S.C.I.,Allenwood
                                    P.O. Box 1000
                                    White Deer, Pennsylvania
                                    17887


                          **Exhibit "C"**

Courtney Anthony Bailey #27976-016
L.S.C.I.,Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

Clerk of the Superior Court for the District of Columbia
Civil Division
500 Indiana Avenue N.W.
Washington D.C.
20001

RE: Proof of service

REJECTED & RETURNED

APR 14 2008

Civil Clerk's Office
Superior Court of the
District of Columbia

Greetings Clerk of the Court (Civil Division):

Enclosed you will find a original copy of the proof of service that I the Plaintiff have sent with all Summons, Complaint, and initial order. Along with this Proof of Service is a copy of the certified Mail receipts.

I ask you to place this on the Court's record in regards to case No. 2008 CA 0002458 B, Ronna L. Beck, to show that I have attempted service upon the Defendants.

I greatly thank you in anticipation of your great help.

Respectfully,

Courtny Bailey 4/3/08
Courtney Anthony Bailey

**Exhibit "D"**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001
(202) 879-1133

**REJECTION SHEET**

RE: _C. Bailey Vs. The D.C._  C.A. No. _08 CA 2458_

The _Proof of Serice_ received/filed on _____

cannot be accepted for filing and is returned herewith for the following reason(s):

☐ U.S. Marshals Service Form not included.

☐ Pleading not signed as required by court rule.

☐ Required number of summonses/complaints were not included.

☐ Default/Default Judgment was entered on _____ , see SCR-Civ. 55(a)-60(b).

☐ Time for filing answer expired on _____

☐ Check # _____ for payment of _____ was made
out incorrectly _____.

☐ Fee (Check) not included for : _____.

☐ Not timely filed.

☐ Locational information of attorney not reflected (SCR-Civ. 101-(c)).

☐ Unified bar number not included as required by court rule.

☐ Leave of Court required for filing: _____.

☐ Incorrect case number on pleading.

☐ No certificate of service/mailing.

☐ Civil Division lacks jurisdiction — should be filed with _____

_____

☐ Requires signatures of all parties who have appeared.

☐ Non-compliance with SCR- Civ.-33.

☒ _NEED ORIGINAL GREEN CARDS AND Proof of
SERVICE For EACH PERSONS_

_____

_____

**NOTICE:** New certificate of service is required when resubmitting a rejected pleading.
**RETURN TO ABOVE ADDRESS:**

**RETURNED TO:** _____

**DATE:** _4/14/08_      **DEPUTY CLERK** _____

Form CV-625/Aug. 00         WH                              RT FILE

Exhibit "E"