UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **COURTNEY ANTHONY BAILEY,** | ) | |
| Plaintiff, | ) ) | C.A. No. 08-CV-00754 |
| v. | ) ) ) | Judge Kollar-Kotelly |
| **THE DISTRICT OF COLUMBIA** *et al.* | ) ) | |
| Defendants. | ) ) | |

### THE DISTRICT OF COLUMBIA'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Plaintiff's Opposition to the District of Columbia's Motion to Dismiss improperly analyzes the law in the District of Columbia as to service of process pursuant to Fed. R. Civ. 4(j)(2). Plaintiff has failed to meet those requirements because he failed to file affidavits of proof of service, as well as attach the required signed receipts. Thus, while Plaintiff has submitted proof that he sent material via certified mail, he fails to show that those packages were delivered to and signed for by the Mayor's designee. Accordingly, as discussed in more detail below, this Honorable Court should dismiss Plaintiff's Complaint for lack of proper service.

As explained in the District of Columbia's Motion to Dismiss, Rule 4(j)(2) governs the service of process upon, *inter alia*, municipal corporations such as the District of Columbia. Specifically, the rule provides that a "municipal corporation . . . that is subject to suit must be served by (A) delivering a copy of the summons and of the complaint to its chief executive officer; or (B) serving a copy of each in the manner prescribed by that state's law for serving a

summons or like process on such a defendant." Fed. R. Civ. P. 4(j)(2). The Superior Court Civil Rules provide that:

> [s]ervice shall be made upon the District of Columbia by delivering (pursuant to paragraph (c)(2)) or mailing (pursuant to paragraph (c)(3)) a copy of the summons, complaint and initial order to the Mayor of the District of Columbia (or designee) and the Corporation Counsel [now Attorney General] of the District of Columbia (or designee). The Mayor and the [Attorney General] may each designate an employee for receipt of service of process by filing a written notice with the Clerk of the Court.

SCR-Civil 4(j)(1).

If service is attempted via registered or certified mail, which is permitted under SCR-Civil 4(c)(3), "the return shall be accompanied by the signed receipt attached to an affidavit." SCR-Civil 4(l)(2). Moreover, "if the return receipt does not purport to be signed by the party named in the summons," the affidavit also must include "specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process set out in subdivisions (e) through (j) of this Rule." *Id.* In this case, no affidavits of service have been filed, and certified mail receipts filed by Plaintiff do not contain any signatures, let alone the signature of the Mayor's designee.[1] Undersigned counsel has also confirmed with the Mayor's designee that she never received a copy of the complaint. Accordingly, the District has not been properly served.

---

[1] The D.C. Court of Appeals has held that service is not proper even where certified mail is signed for as "received" if it is not signed by the proper designee. *See Eldridge v. District of Columbia*, 866 A.2d 786 (D.C. 2004). Indeed, this Court has observed that "*Eldridge* reaffirms established District of Columbia precedent that service of process is invalid when the plaintiff sends a summons and complaint by certified mail to a defendant's offices but the mail is signed for by a secretary, receptionist, or other individual not specifically authorized to accept service of process." *Byrd v. District of Columbia*, 230 F.R.D. 56, 59 (D.D.C. 2005) (Friedman, J.). This case does not present the scenario because the receipts do not appear to have been signed by anyone at all.

2

**CONCLUSION**

For the reasons set forth above, Defendant District of Columbia requests that the Court dismiss this matter. [2]

June 27, 2008

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Samuel C. Kaplan
    SAMUEL C. KAPLAN (463350)
    Assistant Deputy Attorney General

    /s/ Carol A. Connolly
    CAROL A. CONNOLLY (468126)
    Assistant Attorney General
    441 Fourth Street, N.W., Suite 6S012
    carol.connolly@dc.gov
    202-724-6511

---

[2] The District of Columbia intends to file a motion pursuant to Rule 12(c) to provide the Court with substantive grounds in which the above-styled case should also be dismissed.

...

## CERTIFICIATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Reply was filed via Casefilexpress, this 27th day of June 2008 and mailed to:

Courtney Anthony Bailey
R27976-016
MVCC
555  Cornel Drive
Phillipsburg, PA 16866

                            /s/Carol A. Connolly
                            Carol A. Connolly
                            Assistant Attorney General