UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COURTNEY ANTHONY BAILEY, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-0754 (CKK) ) |
| DISTRICT OF COLUMBIA *et al.*, | ) ) |
| Defendants. | ) ) |

ORDER

Defendants have filed two motions to dismiss the complaint, the first one arguing that plaintiff failed to properly serve the defendants, and the second one arguing that plaintiff failed to state a claim upon which relief may be granted, and that the claims are barred by collateral estoppel, waiver, and absolute quasi-judicial immunity.  Plaintiff has already responded to the first filed motion to dismiss.  Because either motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court, and allow him time to file a respond to the second-filed motion and to supplement his response to the first-filed motion if he so wishes.  See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). In other words, the Court may treat as conceded any motion not opposed within the stated time limits. Alternatively, the Court may consider on the merits any motion not opposed within the stated time limits. Failure to respond to the defendants' motions within the time limits carries with it the risk that the case will be dismissed. It is therefore

ORDERED that no later than August 15, 2008, the plaintiff shall file his response to the second-filed motion to dismiss and any supplement to his response to the first-filed motion to dismiss. If the plaintiff does not timely respond, the Court may consider the first-filed motion on the merits of the submissions to date, and may treat the second-filed motion as conceded and dismiss the complaint.

                / s/
Date: July 8, 2008                COLLEEN KOLLAR-KOTELLY
                United States District Judge