UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COURTNEY ANTHONY BAILEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA et al.,<br><br>　　Defendants. | Civil Action No. 08=0754 (CKK) |

SUPPLEMENT MOTION TO PLAINTIFF'S MOTION IN OPPOSITION
TO DEFENDANT DISTRICT OF COLUMBIA MOTION TO DIMISS FOR LACK OF
SERVICE

**AND NOW COMES,** Courtney Anthony Bailey, a natural person, on his own behalf, unassisted by Counsel, and Plaintiff herein-after, comes to this Court with substantial proof that was provided by the Clerk of the D.C. Superior Court that all defendant's in the above captioned case has been served in conformity to SCR-Civil Rules 4(c)(3), SCR-Civil Rule 4 (j), and the Federal Rules of Civil Procedure.

**Attached hereto,** this Honorable Court will find the judicial docket sheet of case 2008 CA 0002458 B which was transfered to this Honorable Court.

The judicial docket sheet shows that on May 1, 2008 all Defendant's were properly served, and Plaintiff filed the required Affidavit of Service by registered/certified mail and the required green cards. A copy of the green cards and Affidavit of Service is also attached hereto immediately following the judicial docket sheet of the D.C. Superior Court.



**RECEIVED**

JUL 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

page 1 of 3

## CONCLUSION

**WHEREFORE,** Plaintiff respectfully request that this Honorable Court, denies and dismisses Defendant District of Columbia motion to dimiss for lack of service upon the substantial evidence provided by the Clerk of the D.C. Superior Court to the Plaintiff, which is now provided to this Honorable Court pursuant to this motion.

Respectfully,

*Courtney Bailey*
Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

## CERTIFICATE OF SERVICE

On this 18th day of July 2008, I. Courtney Anthony Bailey declares under the penalties of perjury, that the foregoing supplement motion to Plaintiff's motion in opposition to Defendant District of Columbia motion to dismiss for lack of service, was mailed to Urenthea McQuinn, first class mail, postage prepaid, and addressed as follows:

Urenthea McQuinn
Assistant Attorney General, D.C.
441 4th Street, N.W.
6th floor South
Washington D.C.
20001

Respectfully,

Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866