UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Courtney Anthony Bailey<br>        Plaintiff,<br><br><br>        v.<br><br>Unknown Named D.C. Jail officials<br>        Defendants, | )<br>)<br>)<br>)<br>)    C.A. No. 08-CV-00754<br>)                (CKK)<br>)<br>)<br>) |

**AMENDED**
**CIVIL COMPLAINT**

AND **NOW COMES**, Courtney Anthony Bailey, a natural person, in good faith, on his own behalf, unassisted by counsel, complains against the Defendants as follows:


**I.**
**PRELIMINARY STATEMENT**

This is a civil complaint by the Plaintiff, alleging Constitutional violations of Plaintiff's person, on **February 18, 2005,** by Defendants, which lead to a "false arrest", "unreasonable seizure", and "false imprisonment" by the United States Marshals in violation of the Fourth Amendment of the United States Constitution, which protects Plaintiff against unreasonable seizures of his person, and in violation of the Fifth Amendment of the U.S. Constitution, which protects Plaintiff against a deprivation of liberty without due process of the law.

Plaintiff seeks nominal, compensatory, and punitive damages, also all cost associated with bringing and maintaining this action.

## II.
## JURISDICTION AND VENUE

Plaintiff invokes this Honorable Court's jurisdiction pursuant to 42 U.S.C. 1983.

## III.
## PRO-SE FILINGS

Plaintiff presents this filing pro-se, and request that this Honorable Court liberally contrue the filing. In Mitchell v. Horn, citing Haines v. Kerner, the Court held that, "[T]he allegations of [a] pro-se complaint [are generally held] to a less stringent standard than a formal pleading drafted by a lawyer." See Mitchell v. Horn, 318 F. 3d 523, 529 (3rd Cir. 2003), citing Haines v. Kerner, 404 U.S. 519, 520.

## IV.
## PARTIES

A. Plaintiff, Courtney Anthony Bailey, is currently incarcerated at the Moshannon Valley Correctional Center, in Phillipsburg, Pa, 555 Cornell Drive, Phillipsburg, Pa, 16866

B. Defendant, Unknown Named D.C. Jail officials, is being sued in their "individual capacity", and are employed by the District of Columbia as correctional officers of the D.C. Jail, located at 1901 D. Street S.E., Washington D.C. 20003.

At all times material herto, and all actions described herein, the Defendants were acting under color of District of Columbia law, and under the authority as a correctional officer, of whom acted in concert with others with the aim and purpose of depriving Plaintiff of his protected rights secured by the U.S. Constitution, as well as Plaintiff's privileges and immunities under the law.

## V.
## CAUSE OF ACTION

1. On February 16, 2005, Plaintiff was arrested by the District of Columbia Metropolitan Police Department for possesion of marijuana.

2. On February 17, 2005, Plaintiff was brought into the Superior Court of the District of Columbia, and Plaintiff's possesion of marijuana charge was dismissed.

3. In that same proceeding, Plaintiff was ordered to the demanding State of Maryland pusrsuant to a complaint being filed by the State of Maryland in the D.C. Superior Court. See Exhibit "A" (D.C. SUPERIOR COURT DOCKET SHEET,

4. Plaintiff was taken to the District of Columbia Jail on February 17, 2005, where Plaintiff was held pursuant to an order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER), which states in part, **ORDERED**, detained at the District of Columbia Jail pending return to the State of Maryland in the custody of the "proper officials" of that State.....See Exhibit "B" ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER.

5. On the morning of February 18, 2005, the D.C. Jail officials released Plaintiff's person to the United States Marshals working for the United States District Court for D.C., after the D.C. Superior Court gave the D.C. Jail officials specific orders to detain Plaintiff for the "proper officials" of the State of Maryland.

6. Defendant's allowed "Unknown Named United States Marshals" to effectuate a Rule 40 arrest, and remove Plaintiff from the D.C. Jail.

7. Plaintiff was then taken into the United States District Court for D.C. by the U.S. Marshals. See United States Marshals Central Locator Report dated February 18, 2005, Exhibit "C".

-3-

8. Plaintiff was then placed in the courtroom of Magistrate Judge Alan Kay, where Plaintiff was held without bond. See Commit-ment to the Bureau of Prisons, Exhbit "D".

9. Plaintiff was also committed to another federal district. See Commitment to another District Exhibit "E".

10. Plaintiff was then taken back to the D.C. Jail, and held pursuant to the valid process of the D.C. Superior Court, and the "void" orders of the U.S. District Court for D.C., which was en-tered without the D.C. Superior Court relinquishing jurisdiction over Plaintiff's person to the United States Courts.

## VI.
## COUNT 1

### UNLAWFUL RELEASE TO THE UNITED STATES MARSHALS CAUSING FOURTH AMENDMENT VIOLATION

On **February 18, 2005,** Defendants unlawfully released Plaintiff to the custody of the United States Marshals, working for the United States District Court for D.C., after the D.C. Superior Court **ORDERED** Defendants, to detain Plaintiff at the D.C. Jail pending return to State of Maryland in the custody of the "proper officials" of that State.

Defendants, caused Plaintiff to be arrest by the United States Marshals without sufficient authority, which constitutes an "unreas-onable seizure" of Plaintiff's person. See exhibit "F" (DOCKET SHEET FOR THE U.S. DISTRICT COURT FOR D.C.

The arrest of Plaintiff's person on February 18, 2005 was un-lawful because Rule 40 of the Federal Rules of Criminal Procedure was inapplicable to remove Plaintiff from the D.C. Jail.

-4-

It was held in <u>United State V. Stephens</u>, 315 F. Supp 1008 (1970), that Rule 40 does not apply when a Defendant is "in custody" of the United States or custody of the State.

Once the D.C. Superior Court entered its process, ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER, on FEBRUARY 17, 2005, Plaintiff was placed "in custody" to await the "proper officials" of the State of Maryland, and from that time Plaintiff could not have been released to the United States Marshals pursuant to Rule 40 of the Federal Rules of Criminal Procedure.

The D.C. Jail officials lacked the authority to release Plaintiff to the United States Marshals on February 18, 2005, because the D.C. Superior Court only empowered Defendants to detain Plaintiff to await the "proper officials" of Maryland.

The Defendants released Plaintiff to the wrong sovereignty officials without authority, which resulted in an unreasonable seizure of Plaintiff's person in violation of the Fourth Amendment.

**VII.**
**UNLAWFUL RELEASE TO THE UNITED STATES MARSHALS**
**CAUSING FIFTH AMENDMENT VIOLATION**

**COUNT 2**

Defendants unlawful release of Plaintiff to the United States Marshals caused Plaintiff to be deprived of his lawful liberty without due process of the law in violation of the Fifth Amendment, when Plaintiff was taken into the U.S. District Court for D.C., and held without bond.

Plaintiff was taken into the U.S. District Court for the D.C. without the D.C. Superior Court relinquishing jurisdiction over Plaintiff's person, which made Plaintiff's hold without bond, void for lack of jurisdiction over Plaintiff's person, and

constitutes a Fifth Amendment violation.

## VII.
## CLAIMS FOR RELIEF

1. The Defendants, caused Plaintiff to be "Unreasonably seized"/"falsely arrested", of which violated Plaintiff's right secured by virtue of the Fourth Amendment of the United States Constitution.

2. The Defendants, caused Plaintiff to be "falsely imprisoned" on February 18, 2005, pursuant to a "void" commitment order entered in the United States District Court for D.C., in violation of the Fifth Amendment of the United States Constitution.

3. The Defendants, conspired to cover up their unlawful acts, by making it appear to the D.C. Superior Court, that Plaintiff was removed from the territorial jurisdiction of the Court into the State of Maryland by the "proper officials" of that State. See Plaintiff's Motion for Reconsideration of Habeas Corpus relief on the Superior Court's record. Case No. 07-693

## IX.
## DEMAND FOR RELIEF

WHEREFORE, Plaintiff request that this Honorable Court grant the following relief:

### DECLARATORY RELIEF

A. Plaintiff seeks declaratory relief, declaring that the D.C. Jail officials actions were unlawful and violated Plaintiff's rights secured by the U.S. Constitution.

### MONETARY RELIEF

A. Plaintiff seeks the award of nominal damges in the amount of one million dollars (1,000,000.00 USD) against each defendant for the conduct set forth in this Compalint, or an amount to be

-6-

determined by a jury.

B. Plaintiff seeks the award of punitive damages in the amount of Five million dollars (5,000,000.00 USD) against each defendant for the conduct set forth in this complaint.

C. Plaintiff seeks the award of compensatory damages in the amount of four million dollars (4,000,000.00 USD) against each defendant for the conduct set forth in this Complaint.

D. Plaintiff seeks Court cost and all expenses associated with bringing this action, to be awarded against the defendant, and

E. Such other relief this Honorable Court may deem fit and just, in the best interest of justice.

## X.
## DECLARATION

I, Courtney Anthony Bailey, the Plaintiff, being of majority age and competent to testify, do declare that the truths and facts contained in this Complaint are of Plaintiff's best first hand knowledge, true, correct, and complete.

RESPECTFULLY SUBMITTED ON THIS 5th DAY OF AUGUST 2008

Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

-7-

## CERTIFICATE OF SERVICE

I, Courtney Anthony Bailey, hereby certify that on this 15th

day of August, I caused a copy of this Amended Complaint to be

served on Defendant by mailing it to the following address:

Carol A. Connolly
Assistant Attorney General
444 Fourth Street N.W.Suite 6S012
Washington D.C.
20001


Respectfully,

Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell  Drive
Phillipburg, Pa 16866

-8-



2005 FUG 000398          In The Matter Of: BAILEY, COURTNEY A

Search Criteria
 Docket Entry                                    ⬇    Begin Date              SortDescending
 Images        All Dockets                            End Date
 Participant                                     ⬇
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 2/19/2005 | | COURTROOM C10. CASE NOLLED. J. ALPRIN/IC | | |
| 2/18/2005 | | PER DETECTIVE NORMA ROMAN, FUGITIVE SQUAD, A DETAINER IS FILED DUE TO LOCAL CHARGES. AUSA BASILE NOTIFIED. JACKET FORWARDED TO C-10 FOR DISPOSITION. EBC/SP | | |
| 2/17/2005 | | EXTRADITION HEARING WAIVED. DEFENDANT ORDERED TO DEMANDING STATE. ORDER FILED HEREIN. PER JUDGE MELENDEZ CJA CERTIFIED. EBC/SP BRANCH | | |
| 2/17/2005 | | AFFIDAVIT AND COMPLAINT FILED. FUGITIVE FROM THE STATE OF MARYLAND CHARGING THEDEFENDANT WITH FTA RECEIVED AND FILED. JACKET FORWARDED TO COURTROOM C-10. EBC/SP BRANCH | | |

Exhibit "
3

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

STATE OF ............ MARYLAND .................

vs

BAILEY, COURTNEY .................

PDID NO. ............ 474919 .........

SP NO. ....... 3 2008 FEB 19 P 3:34

RECEIVED

## ORDER FOR RETURN OF FUGITIVE UPON WAIVER

BAILEY, COURTNEY

............................................, having appeared with Counsel in open Court

on .... FEBRUARY 17, 2005 ........................................ and having waived further proceedings pursuant

to law and indicated his desire to return voluntarily to the State of ... MARYLAND ................,

is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of

MARYLAND
......................................... in the custody of the proper officials of that state; and it is

FURTHER ORDERED that if .. BAILEY, COURTNEY ............................... has not been

surrendered to the custody of a proper official of the State of .... MARYLAND ...................

by FEBRUARY 23, 2005 ..... (3 days, not including Saturday, Sunday or holidays), he shall

be returned FORTHWITH to this Court for such further proceedings as the Court shall deem

appropriate.

.......... 2/17/05 ..........
DATE

.......... Aida R. Melindz ..........
JUDGE

## RETURN

OFFICIAL: .........................................................
NAME

.........................................................
ADDRESS

.........................................................
TITLE

WHITE—COURT COPY
YELLOW—DEFENDANT'S COPY
PINK—JAIL COPY
GOLDENROD—COPY TO BE RETURNED TO COURT
AFTER EXECUTED

Form CD-494/Nov. 87

8-1296 wd-234



Exhibit

United States Marshals Service
LIMITED OFFICIAL USE
Central Locator Report for BAILEY, COURTNEY (USMS 27976016)



2/18/2005



2/18/2005

## Prisoner Information

USMS Number : 27976016
District : d016
First Name : COURTNEY
Middle Name : ANTHONY
Last Name : BAILEY
SSN : 578063026
FBI# :
Alien :
Citizen Code : US
Last Updated : 03/25/2007

City : KINGSTON
State : JAPAN
Sex : Male
Race : Black
Eyes : BROWN
Hair : BLACK
Height : 5'6"
Weight : 160
Date of Birth : 08/13/1978

## Facility Information

| Facility Code | Admit Date | Release Date |
| --- | --- | --- |
| 3JY | 02/18/2005 | 02/23/2005 |

06/14/2007 8:52 AM EDT

1

COMMITMENT TO BUREAU OF PRISONS

*378 637* Exhibit

TYPE OF COMMITMENT:

_____    Pretrial

_____    Convicted  (Pending Sentence)

_____    Convicted  (Sentenced)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

the _____ day of _____, 20 ___

UNITED STATES OF AMERICA

vs

CRIMINAL NO. _____

THIS NUMBER REPLACES _____

OFFENSE(S) _____

_____

_____

_____

_____

CODE VIOLATION: _____

_____

(Name of Defendant)

(DOB, PDID, DCDC Numbers)

TO:    Attorney General of the U.S.
       Director, Bureau of Prisons

The Court has ordered that the above named defendant be committed to the Bureau of Prisons; therefore receive into your custody the body of said defendant and safely keep in your custody until further order, and this shall be your sufficient warrant.

By the Court: _____

NANCY MAYER-WHITTINGTON, CLERK

By_____
Deputy Clerk               (Seal)

Defendant's Court Return Date: _____    Status _____ Sentence_____
                                                   Motion_____ Trial_____

SENTENCE IMPOSED BY THE COURT:

_____ Months incarceration; Supervised Release of _____ years to follow.

Total Special Assessment $_____      Total Fine $ _____

Medical Treatment: _____

Court Recommends Incarceration at:_____

BOND SET/REDUCED:_____

OTHER:_____

CO-183 MJ (Rev 1/98)

AO 94 (Rev. 8/85) Commitment to Another District

Exhibit "

# United States District Court

FEB 1 8 2005

for _____ DISTRICT OF __*Columbia*__

NANCY MAYER WHITTINGTON, CLEF
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Courtney Anthony Bailey*

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: *05 - 0861Y-01*

The defendant is charged with a violation of ___*21*___ U.S.C. _*841*_ alleged to have been committed in the _____ District of *Maryland, Greenbelt*

Brief Description of Charge(s):

*C.S.A.*

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By _____
Deputy Clerk

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

*February 18 2005*
-Date

_____
Judicial Officer

---

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| *2/23/05* | *Greenbelt* | *2/23/05* |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| *2/23/05* | *George Walsh* | |

CLOSED                                Exhibit

                                      Exhibit

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-00086-AK-1
### Internal Use Only

Case title: USA v. BAILEY                    Date Filed: 02/18/2005
Other court case number: 03-3467 CBD, 03-3468
                         CBD USDC for the
                         District of Maryland

Assigned to: Magistrate Judge
Alan Kay

## Defendant (1)

**COURTNEY ANTHONY**          represented by **David Walker Bos**
**BAILEY**                                   FEDERAL PUBLIC DEFENDER
                                             FOR D.C.
                                             625 Indiana Avenue, NW
                                             Suite 550
                                             Washington, DC 20004
                                             (202) 208-7500
                                             Fax: (202) 208-7515
                                             Email: david_bos@fd.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender or*
                                             *Community Defender*
                                             *Appointment*

## Pending Counts                            ## Disposition
None

## Highest Offense Level
## (Opening)
None

**Terminated Counts**                              **Disposition**

None


**Highest Offense Level**
**(Terminated)**

None


**Complaints**                                      **Disposition**

COMPLAINT filed in violation of
21:841(a)(1)

---

**Plaintiff**

USA


| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/18/2005 | ◉1 | MOTION to Seal Case by USA as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | ◉ | ORDER granting 1 Motion to Seal Case as to COURTNEY ANTHONY BAILEY (1)Signed by Judge Charles B. Day on 10/7/03 (U.S. District Court for the District of Maryland). (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | ◉ | Arrest (Rule 40) of COURTNEY ANTHONY BAILEY (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | ◉2 | Arrest (Rule 40) Warrant Returned Executed on 2/18/05 as to COURTNEY ANTHONY BAILEY. Warrant issued by USDC for Maryland, in Prince George's Country. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | ◉3 | COMPLAINT as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | ◉ | Minute Entry for proceedings held before Magistrate Judge Alan Kay :Removal Hearing as to COURTNEY ANTHONY BAILEY held on 2/18/05 - U.S. District Court of Maryland, Greenbelt Case Number 03-3467 CBD; waiver of rule 40 hearing; papers to be forwarded to Clerk-District of Maryland- |

| | | |
|---|---|---|
| | | Greenbelt; oral motion of government to unseal this hearing, heard and granted; commitment to another district (Greenbelt, MD) issued forthwith; defendant committed; commitment issued. Court Reporter Pro-Typists, Inc..) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | ●5 | WAIVER of Rule 40 Hearings by COURTNEY ANTHONY BAILEY (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | ●6 | FORTHWITH COMMITMENT Issued as to COURTNEY ANTHONY BAILEY to U.S. District Court for Maryland at Greenbelt. (signed by Magistrate Judge Alan Kay on 2/18/05) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | | (Court only) ***Set/Clear Flags as to COURTNEY ANTHONY BAILEY (zerd) (Entered: 05/31/2005) |
| 02/22/2005 | ●4 | NOTICE OF ATTORNEY APPEARANCE: David Walker Bos appearing for COURTNEY ANTHONY BAILEY. (zhsj, ) (Entered: 02/23/2005) |