UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COURTNEY ANTHONY BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-CV-00754 |
| | ) | Judge Kollar-Kotelly |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO FILE REPLY BRIEF TO PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S SECOND MOTION TO DISMISS**

Defendant District of Columbia hereby moves that the Court extend until September 5, 2008, the deadline for filing a reply brief to plaintiff's opposition to defendant's motion for judgment on the pleadings (referred to by plaintiff as defendant's "second motion to dismiss"). The current due date is August 25, 2008. This motion is made for good cause as set forth in the attached memorandum of points and authorities. Defendant was unable to contact plaintiff to determine his position on this motion because he is incarcerated. A proposed order is also attached.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
carol.connolly@dc.gov
(202) 724-6511

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-CV-00754 |
| ) | Judge Kollar-Kotelly |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF TO PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S SECOND MOTION TO DISMISS**

Defendant District of Columbia requests that the Court extend until September 5, 2008, the deadline for filing a reply to plaintiff's opposition to defendant's motion for judgment on the pleadings (referred to by plaintiff as defendant's "second motion to dismiss"). The extension is requested due to the press of other litigation and the intervening Labor Day weekend and because defendant did not receive the opposition until August 21, 2008. In addition, counsel for defendant was out of the office on August 21-22, 2008, and fell ill over the weekend requiring her absence from the office on August 25, 2008. Defendant thus respectfully requests that the Court grant the requested relief.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/  Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
carol.connolly@dc.gov
(202) 724-6511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the foregoing to be served on August 25, 2008, by first-class mail postage prepaid on:

Courtney Anthony Bailey
M.V.C.C.
555 Cornell Drive
Phillipsburg, PA 16866

/s/ Samuel C. Kaplan
Samuel C. Kaplan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COURTNEY ANTHONY BAILEY, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-CV-00754 |
|  | ) | Judge Kollar-Kotelly |
| v. | ) ) | |
| THE DISTRICT OF COLUMBIA *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**PROPOSED ORDER**

Defendant the District of Columbia has moved that the time for filing a reply brief in response to plaintiff's opposition to the District's motion for judgment on the pleadings be extended until September 5, 2008. Upon consideration of defendant's motion and the entire record herein, it is hereby:

ORDERED that defendant's motion is GRANTED; and it is further:

ORDERED that the time for filing a reply brief in response to plaintiff's opposition to the District's motion for judgment on the pleadings is hereby extended until September 5, 2008.


Dated:_____                                               _____
                                                            Hon. Colleen Kollar-Kotelly