UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 08-0754 (CKK) <br> ) |
| DISTRICT OF COLUMBIA *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

ORDER

In this action brought under 42 U.S.C. § 1983, the plaintiff has filed an amended complaint, which he is entitled to do as a matter of right in this instance. Fed. R. Civ. P. 15(a). The amended complaint names as defendant only "unknown named D.C. Jail officials" in their individual capacities. (Am. Compl. at 2.) This amendment effectively dismisses the District of Columbia ("District") from this action, as it is no longer named as a defendant. Plaintiff's intention in this regard is clear: he dropped the District from the caption (*see* Am. Compl. at 1); he does not identify the District in the "parties" paragraphs of the amended complaint (*see id.* at 2); and he clearly states his intention in his opposition to the District's motion to dismiss (*see* Pltf.'s Opp'n at 11 ("Plaintiff moves for the Defendant [] District of Columbia[] to be dismissed from this action 'without prejudice' . . . ." and "Plaintiff files an amended complaint . . ., which excludes **'Thomas Winkfield** and the **District of Columbia,** and pursue[s] monetary damages against pursuant **'Unknown Named Officials of the D.C. Jail,'** . . . .") (emphasis in the original).) Accordingly, the District of Columbia, Thomas Winkfield and — although he is not

specifically named in the opposition — William J. Smith will be dismissed as defendants from this action.

The amended complaint, however, identifies no defendants by name. A named individual is required in any civil action. Fed. R. Civ. P. 10(a) (requiring that the "names of all the parties" be included in the caption). As a practical matter, a defendant's name and address is required in order to permit a summons and copy of the complaint to be served on a defendant. Accordingly, the plaintiff will be required to provide names and addresses of each defendant being sued in his or her individual capacity, or risk the complaint being dismissed. Accordingly, it is hereby

ORDERED that the defendants District of Columbia, Thomas Winkfield, and William J. Smith are DISMISSED as defendants from this action. It is

FURTHER ORDERED that any and all pending motions filed by the dismissed defendants are DENIED as moot. It is

FURTHER ORDERED that the plaintiff has 30 days from the date of this Order to file a motion under Federal Rule of Civil Procedure 15(a) for leave to further amend his amended complaint to provide the names and addresses of the persons he is suing in their individual capacities. Plaintiff is advised that failure to provide the names and addresses of the defendants in this action will result in his complaint being dismissed.

Date: August 26, 2008

                     /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge